UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| TOM JAMES COMPANY, | CIVIL ACTION NO. |
| --- | --- |
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | October 31, 2003 |
| DEFENDANTS | |

## MOTION ON CONSENT FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. Rule 45 (c), the defendants J. Tracy Green (hereinafter, "Green") and Trace Apparel, LLC (hereinafter, "Trace") respectfully request that the court enter a protective order concerning certain information and documents produced by Green and Trace. The parties have conferred and drafted a Proposed Stipulated Protective Order For Confidential and Proprietary Information Provided By Trace Apparel LLC and J. Tracy Green, attached hereto as Exhibit A, and respectfully request that the Court enter the Proposed Stipulated Order as an Order of the Court.

The parties agree that information and documents expected to be disclosed by Green and Trace may contain confidential and proprietary information of Green and/or Trace and may contain trade secrets in the form of confidential customer information. As such, within the bounds of discovery and with consideration for Tom James interests in this litigation, the parties have agreed that certain protections

GRANTED. It is SO ORDERED
Janet Bond Arterton, U.S.D.J.
New Haven, CT 11/6/03