FILED

Nov 7  3 05 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | NOVEMBER 7, 2003 |

**MOTION TO DISMISS AMENDED COUNTERCLAIM OF J. TRACY GREEN**

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), hereby moves for the dismissal of Counts Two and Five of the Amended Counterclaim of J. Tracy Green ("Defendant"), dated October 23, 2003 (the "Amended Counterclaim").

Defendant alleges causes of action pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001 - 1461 ("ERISA"). As such, Count Five of the Amended Counterclaim, in which Defendant alleges that Tom James violated the Connecticut Unfair Trade Practices Act, C.G.S. §§ 42-110a to 110q ("CUTPA"), must be dismissed as this state law cause of action is preempted by ERISA.

In support of its motion to dismiss Count Five and portions of Count Two of the Amended Counterclaim, Tom James submits that Defendant has failed to state a cause

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

of action upon which relief may be granted with respect to these Counts. Specifically, those portions of Count Two alleging violations of ERISA sections 1053 and 1056 fail to state claims upon which relief may be afforded and thus should be properly dismissed. Defendant's failure to adequately plead violations of these ERISA statute sections is fatal to Defendant's claim for relief pursuant to ERISA section 1132(a)(3). Furthermore, in addition to the point that Defendant's CUTPA claim is preempted by ERISA, Defendant's claim should alternatively be dismissed for failure to state a claim upon which relief may be granted because the purported conduct Defendant alleges to be in violation of CUTPA does not constitute Tom James' primary trade or commerce and thus cannot serve as the basis for this cause of action. Moreover, even if CUTPA were deemed to apply to the instant allegations (which they do not), allegations for breach of contract cannot support a violation of CUTPA.

This Motion is based upon the pleadings filed in this action, the Memorandum of Law in Support of Motion to Dismiss Amended Counterclaim of J. Tracy Green, dated November 7, 2003, and Exhibits A through C attached thereto, and on any oral argument or evidence that may be presented at the requested hearing of this Motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the Court grant its Motion to Dismiss the Counterclaim of J. Tracy Green, dated November 7, 2003, and dismiss Counts Two and Five of the Amended Counterclaim by J. Tracy Green, dated October 23, 2003.

Dated: November 7, 2003
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
TOM JAMES COMPANY

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of November, 2003, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

_____
Thomas J. Finn

482507

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105