

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| V. | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| Defendants. | : | NOVEMBER 26, 2003 |

### NOTICE OF APPLICATION FOR PREJUDGMENT REMEDY

The defendants, Trace Apparel LLC ("Trace Apparel") and J. Tracy Green ("Mr. Green") (collectively referred to as "Defendants") are hereby notified that the plaintiff, Tom James Company ("Plaintiff" or "Tom James"), has filed an Application for Prejudgment Remedy, November 26, 2003, requesting an attachment of not less than $650,000.00. Defendants have rights specified in the Connecticut General Statutes, including Chapter 903a, that Defendants may wish to exercise concerning the application of a prejudgment remedy. These rights include the right to a hearing:

1. To object to the proposed prejudgment remedy because they have a defense to or set-off against the action or a counterclaim against Plaintiff, or because the amount sought in the Application for Prejudgment Remedy is unreasonably high, or

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

because payment of any judgment that may be rendered against Defendants is covered by any insurance that may be available to them;

2.  To request that Plaintiff post a bond in accordance with section 52-278d of the Connecticut General Statutes to secure against any damages that may result from the prejudgment remedy;

3.  To request that Defendants be allowed to substitute a bond for the prejudgment remedy sought; and

4.  To show that the property sought to be subjected to the prejudgment remedy is exempt from such a prejudgment remedy.

Defendants may contest the application for the prejudgment remedy, assert any exemption, or make a request concerning the posting or substitution of a bond in connection with the prejudgment remedy at the hearing provided for by the Court.

Dated: November 26, 2003
Hartford, Connecticut

THE PLAINTIFF,
TOM JAMES COMPANY

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 26th day of November, 2003, a copy of the foregoing was delivered via facsimile and mailed, postage prepaid to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

_____
Thomas J. Finn

389827.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105