UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TOM JAMES COMPANY,  :  CIVIL ACTION NO.
                                        :  303 CV 0596 (JBA)
    Plaintiff,                       :
                                        :
V.                                     :
                                        :
TRACE APPAREL LLC and   :
J. TRACY GREEN,            :
                                        :
    Defendants.                 :  NOVEMBER 26, 2003



## APPLICATION FOR PREJUDGMENT REMEDY

To the United States District Court for the District of Connecticut:

In support of the Application for Prejudgment Remedy, the plaintiff, Tom James Company ("Plaintiff" or "Tom James"), hereby makes the following representations:

1. Tom James has commenced an action against the defendants, Trace Apparel LLC ("Trace Apparel") and J. Tracy Green ("Mr. Green") (collectively referred to as "Defendants"), pursuant to an Amended Verified Complaint, dated May 19, 2003, which is attached hereto as Exhibit A and incorporated herein.

2. There exists probable cause that a judgment will be rendered in this matter in the amount equal to or greater than the prejudgment remedy sought, taking into account any known defenses, counterclaims, or set-offs in favor of Tom James.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

To secure the judgment, Tom James seeks an order from this Court directing that the following prejudgment remedy be issued to secure the sum of not less than $650,000.00, or such other sum that the Court directs:

a. To attach sufficient property of Defendants to secure such sum; and

b. To garnish sufficient identifiable property of Defendants to secure such sum; and

c. Any other relief that the Court deems just and proper.

Dated: November 26, 2003
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
TOM JAMES COMPANY

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 26th day of November, 2003, a copy of the foregoing was delivered via facsimile and mailed, postage prepaid to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

_____
Thomas J. Finn

389831.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105