

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY, | CIVIL ACTION NO.<br>303 CV 0596 (JBA) |
| Plaintiff, | |
| V. | |
| TRACE APPAREL LLC and<br>J. TRACY GREEN, | |
| Defendants. | NOVEMBER 26, 2003 |

## MOTION FOR DISCLOSURE OF ASSETS

Pursuant to Rule 9 of the Local Civil Rules of the United States District Court for the District of Connecticut and section 52-578(n) of the Connecticut General Statutes, the plaintiff, Tom James Company ("Plaintiff" or "Tom James"), hereby moves that this Court order the defendants, Trace Apparel LLC ("Trace Apparel") and J. Tracy Green ("Mr. Green") (Trace Apparel and Mr. Green are collectively referred to as "Defendants"), to disclose under oath the existence, location, and extent of any interest they have in: (i) property located in Connecticut of any type; or (ii) debts owed to them by any persons or entities, sufficient to satisfy any prejudgment remedy granted in this action, including, but not limited to, the following:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

1.  Bank accounts: by type of account, the names and addresses of the institutions where such accounts are maintained, the present balance of each account, and the account numbers.

2.  Accounts receivable: by name and address of debtor, by current balance, by invoice number, and by date.

3.  Notes receivable: by name and address of debtor, by current balance, by invoice number, and by date.

4.  Stocks, bonds, and mutual funds: by name of issuer, name and address of intermediary, location of stock certificates, number of shares, and current stock price.

5.  Real estate: by address, town, approximate value, approximate equity in property, name and address of licensors, current amount of liens, and recording information.

Tom James will demonstrate, pursuant to its Application for Prejudgment Remedy simultaneously filed herewith, probable cause sufficient for the issuance of a prejudgment remedy against Defendants in the amount of not less than $650,000.00. In support of this Motion, Tom James has also filed a Memorandum of Law in Support of Application for Prejudgment Remedy and in Support of Motion for Disclosure of Assets, dated November 26, 2003.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the Court grant its Motion for Disclosure of Assets, dated November 26, 2003, and order the defendants, Trace Apparel LLC and J. Tracy Green, to disclose under oath the existence, location, and extent of any interest they have in: (1) property of any type located in Connecticut; and (2) debts owed to them by persons or entities, sufficient to satisfy any prejudgment remedy granted in this action, as well as any other legal or equitable relief that the Court deems just and proper.

Dated:  November 26, 2003
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
TOM JAMES COMPANY

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 26th day of November, 2003, a copy of the foregoing was delivered via facsimile and mailed, postage prepaid to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

_____
Thomas J. Finn

389834.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105