UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>                    PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>                    DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>December 1, 2003 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendant J. Tracy Green (hereinafter, "Green") respectfully requests that the Court grant him an extension of time of seven (7) days to respond to the plaintiff's motion to dismiss Green's counterclaim.

The undersigned is in the process of preparing a response to the motion. However, the holiday weekend coupled with briefing deadlines in several other matters has limited the time available to prepare this response. The undersigned anticipates that the response will be ready to be filed this week.

The undersigned attempted to contact counsel for Plaintiff to determine if he consents, but was unsuccessful. This is the first motion for extension of time that has been filed by Green in connection with this time limitation.

**WHEREFORE**, Green respectfully requests that the Court grant this motion and permit him an additional seven (7) days to file response to the plaintiff's motion to dismiss Green's counterclaim, through and including December 8, 2003.

THE DEFENDANT
J. TRACY GREEN


By: _____
Thomas A. Rouse, Fed. Bar No. ct06128
Peter S. Olson, Fed. Bar No. 16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on December 1, 2003 to all counsel and pro se parties of record. For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/499441v1