# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY, | CIVIL ACTION NO. |
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | December 1, 2003 |
| DEFENDANTS | |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendant J. Tracy Green (hereinafter, "Green") respectfully requests that the Court grant him an extension of time of seven (7) days to respond to the plaintiff's motion to dismiss Green's counterclaim.

The undersigned is in the process of preparing a response to the motion. However, the holiday weekend coupled with briefing deadlines in several other matters has limited the time available to prepare this response. The undersigned anticipates that the response will be ready to be filed this week.

The undersigned attempted to contact counsel for Plaintiff to determine if he consents, but was unsuccessful. This is the first motion for extension of time that has been filed by Green in connection with this time limitation.

12/3/03: Motion GRANTED, to and including 12/8/03.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.