UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>                              PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>                              DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>December 8, 2003 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendant J. Tracy Green (hereinafter, "Green") respectfully requests that the Court grant him an extension of time of seven (7) days to respond to the plaintiff's motion to dismiss Green's counterclaim.

The undersigned is in the process of preparing a response to the motion, and is nearly complete. However, an emergency hearing in state court coupled with the snow storm over the weekend has limited the time available to finalize this response. The undersigned anticipates that the response will be ready to be filed this week.

Counsel for the plaintiff consents to this motion. This is the second motion for extension of time that has been filed by Green in connection with this time limitation.

**WHEREFORE**, Green respectfully requests that the Court grant this motion and permit him an additional seven (7) days to file response to the plaintiff's motion to dismiss Green's counterclaim, through and including December 15, 2003.

        THE DEFENDANT
        J. TRACY GREEN

By: _____//ss//_____
Thomas A. Rouse, Fed. Bar No. ct06128
Peter S. Olson, Fed. Bar No. 16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on December 15, 2003 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

    Thomas J. Finn
    Paula Cruz Cedillo
    Halloran & Sage LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, Connecticut 06103
    860.522.6103
    Facsimile 860.548.0006

                                                                         _____//ss//_____
                                                           Thomas A. Rouse, Fed. Bar No. ct01326
                                                           Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/499441v1