FILED

Dec 9  2 40 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| TOM JAMES COMPANY, | CIVIL ACTION NO. |
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | December 8, 2003 |
| DEFENDANTS | |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendant J. Tracy Green (hereinafter, "Green") respectfully requests that the Court grant him an extension of time of seven (7) days to respond to the plaintiff's motion to dismiss Green's counterclaim.

The undersigned is in the process of preparing a response to the motion, and is nearly complete. However, an emergency hearing in state court coupled with the snow storm over the weekend has limited the time available to finalize this response. The undersigned anticipates that the response will be ready to be filed this week.

Counsel for the plaintiff consents to this motion. This is the second motion for extension of time that has been filed by Green in connection with this time limitation.

---

12/15/03: Motion GRANTED, with consent, to and including 12/15/03.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.