UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | DECEMBER 18, 2003 |

## PLAINTIFF'S MOTION TO COMPEL ELECTRONIC DISCOVERY

Pursuant to Rule 7(a)(1) and Rule 37(a)(3) of the Local Civil Rules of the District

Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"),

hereby moves for an order compelling electronic discovery and for access to the

defendants, Trace Apparel LLC's ("Trace Apparel") and J. Tracy Green's ("Mr. Green")

(collectively referred to as "Defendants") computer systems.

In support of its Motion to Compel, Tom James submits that Defendants have

failed to produce all relevant information responsive to Tom James' First Set of

Requests for Production of Documents to Defendants Trace Apparel LLC and J. Tracy

Green ("Production Requests"), dated August 13, 2003. Furthermore, those documents

that have been produced contain incomplete information and are thus misleading.

Therefore, Tom James is reasonably concerned Defendants not been forthcoming with

properly discoverable and critical evidence essential to the establishment of Tom

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

James' claims and calculation of damages in this matter. As such, Tom James would be unduly prejudiced by Defendants' continued nondisclosure.

Moreover, Tom James cannot rely upon Defendants' representations that all relevant information has been produced as Defendants have admitted that certain electronic data, such as email correspondence, have been deleted from Defendants' computer system and that no attempt was made to retrieve this information. Further, Defendants have admitted that there has been no attempt to retrieve this deleted information, and thus, there has been no attempt to preserve this deleted information.

This Motion is based upon the pleadings filed in this action, Exhibits A through I attached hereto, and the Memorandum of Law in Support of Plaintiff's Motion to Compel Electronic Discovery, dated December 18, 2003, and Exhibit A attached thereto, the Affidavit of Thomas J. Finn in Support of Motion to Compel Electronic Discovery, dated December 18, 2003, and on any oral argument or evidence that may be presented at the requested hearing of this Motion.

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the Court grant its Motion to Compel Electronic Discovery, dated December 18, 2003, and allow Tom James access to the defendants, Trace Apparel LLC's and J. Tracy Green's computer systems so that it may make a mirror image of the hard drives and pdas for purposes of recovering deleted files and relevant electronic data and securing full disclosure in response to its Production Requests, and sanctions in the form of

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

attorneys fees, costs, and any other relief the Court may deem proper, in connection

with having to bring the instant Motion.

Dated:  December 18, 2003

Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
TOM JAMES COMPANY

By: _____

    Thomas J. Finn
    Federal Bar No.: ct 20929
    Paula Cruz Cedillo
    Federal Bar No.: ct 23485
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, Connecticut 06103
    (860) 522-6103

- 3 --

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 18th day of December, 2003, a copy of the foregoing was hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

Thomas J. Finn

496396

- 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TOM JAMES COMPANY                           :        CIVIL ACTION NO.
                                            :
    Plaintiff,                        :
                                            :
V.                                          :
                                            :
TRACE APPAREL, LLC and                      :
J. TRACY GREEN,                             :
                                            :
    Defendant.                        :        AUGUST 13, 2003

### PLAINTIFF TOM JAMES COMPANY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS TRACE APPAREL LLC AND J. TRACY GREEN

    Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the plaintiff,

Tom James Company ("Tom James"), hereby requests that the Defendants, Trace

Apparel LLC ("Trace Apparel") and J. Tracy Green ("Mr. Green") (collectively

"Defendants") produce the following Documents at the offices of Halloran & Sage LLP,

225 Asylum Street, Hartford, Connecticut 06103.

### DEFINITIONS AND INSTRUCTIONS

    Pursuant to Rule 26 of the Local Civil Rules of the United States District Court for

the District of Connecticut, the definitions set forth in Rule 26(c) and (d) are incorporated

by reference and apply to all discovery requests.  In addition, the following definitions

are an integral part of these requests and are applicable throughout:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

A.    "Tom James" or "Plaintiff" means Tom James Company or any company related thereto, including all of its subsidiaries, as well as their officers, directors, shareholders, agents, employees, or anyone or any entity acting on their behalf.

B.    "Trace Apparel" means Trace Apparel LLC, the defendant in this action, including its members, managers, agents, employees, or anyone or any entity acting on its behalf.

C.    "Mr. Green" refers to J. Tracy Green, the individual defendant in this action, and anyone or any entity acting on his behalf, including Trace Apparel.

D.    "Defendants" means Trace Apparel and Mr. Green, both jointly and individually.

E.    "Document" or "Documents" includes any written, recorded, filmed, or graphic matter, whether produced or reproduced on paper, cards, tapes, film, electronic facsimile, computer storage devices, or any other media, including but not limited to, memoranda, notes, minutes, records, photographs, correspondence, telegrams, diaries, bookkeeping entries, financial statements, tax returns, checks, check stubs, reports, studies, charges, graphs, statements, notebooks, handwritten notes, applications, agreements, books, pamphlets, periodicals, appointment calendars, notes, records and recordings of oral conversations, work papers, and also including but not limited to originals and all copies which are different in any form from the original whether by interlineation, receipt stamps, notations, indication of copies sent or received, or otherwise.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

F.     In the event that any document requested in these requests is no longer in Defendants' possession, custody, or control, but was at one time, please state the disposition of the document.

G.     For all Documents that are withheld from production on the basis of a claim of privilege or otherwise, please provide a privilege log identifying:

      a.     The date the document was created;

      b.     The creator(s) of the document;

      c.     The recipient(s) of the document;

      d.     A description of the type of document (e.g., letter, memorandum, etc.);

      e.     A description of the general subject matter discussed in the document; and

      f.     The specific grounds upon which the document it is being withheld.

## REQUESTS FOR PRODUCTION

1.     Any and all files or other Documents concerning and/or containing the names of customers with whom Mr. Green conducted business while employed with Tom James.

2.     Any and all sales receipts, proposals, quotations or other Documents concerning or illustrating sales made, or attempted to be made, by Defendants to customers with whom Defendants conducted business, or attempted to conduct business, while Mr. Green was employed by Tom James, from January 1, 2001, through the present.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3.    Any and all files or other Documents concerning and/or containing the names of all customers of Defendants.

4.    Any and all Documents concerning any customers or potential customers that Defendants, or anyone on Defendants behalf, have contacted or attempted to contact with regard to the sale of clothing since Mr. Green's resignation from Tom James, through the present.

5.    Any and all Documents concerning the names of customers with whom Mr. Green had contact while employed by Tom James, and with whom Mr. Green has had contact since his resignation from Tom James for the purpose of soliciting business, providing notice of resignation from Tom James and/or formation of Trace Apparel or any other business owned by Mr. Green, or providing contact information.

6.    Copies of all telephone records of Defendants from January 1, 2001, through the present.

7.    Copies of all credit card statements of Defendants from January 1, 2001, through the present.

8.    All Documents concerning the description of Trace Apparel, including all marketing materials, clothing swatch cards, product promotional items, and sales booklets.

9.    All diaries, calendars, e-mails, journals, chronologies or summaries of events relating to Trace Apparel maintained by Mr. Green or by anyone on behalf of Trace Apparel.

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

10.    All Documents concerning the formation of Trace Apparel, including filings with the Connecticut Secretary of State, operating agreements, member agreements, manager agreements, lease agreements, and agreements with third-party suppliers of equipment or supplies.

11.    All Documents concerning clothes, garments, or wardrobe accessories offered by Mr. Green or Trace Apparel.

12.    All Documents concerning Mr. Green's employment at Tom James, including all agreements, policies, compensation information, and resignation letters.

13.    Any and all notes, correspondence, memoranda, sales slips, receipts, packing slips, confirmations, or other Documents received by Defendants or sent to any supplier who has supplied, or who proposed to supply, Defendants with made-to-measure or custom-tailored clothing for sale by Defendants to any customer or prospective customer with whom Defendants conducted business, or attempted to conduct business, while Mr. Green was employed by Tom James.

14.    Any and all Tom James swatch cards.

15.    Any and all Tom James customer files.

16.    Any electronic versions of any Tom James customer database.

17.    Any and all printouts of all, or portions of, any Tom James customer database.

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

18.    Any and all Documents or correspondence by or between Defendants, on the one hand, and any person or entity that has purchased Tom James products, on the other hand.

19.    Any and all Documents, notebooks, binders, manuals or other materials Defendants received, obtained, or compiled in connection with Mr. Green's employment with Tom James.

20.    Any and all Documents or training materials, or copies thereof, which Defendants received, obtained, or compiled while Mr. Green was employed with Tom James.

21.    Any and all Documents or correspondence by or between Defendants on the one hand, and Cedric Bray, Mark Thiesfeld, David Brandon, Mary Pat Silva, Michael Jones, Tim Austin, and/or Joe Genta on the other hand.

22.    Any and all Documents or correspondence by or between Defendants on the one hand, and Elan Clothiers, or anyone or any entity acting on its behalf, including but not limited to, any of its owners and affiliates, on the other hand.

23.    Any and all Documents or correspondence by or between Defendants on the one hand, and Louis Morgan, or anyone or any entity acting on his behalf, including but not limited to, any of his clothing businesses, on the other hand.

24.    Any and all Documents or correspondence by or between Defendants on the one hand, and Gary Hulse Clothing, or anyone or any entity acting on its behalf, including but not limited to, any of its owners and affiliates, on the other hand.

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

25.    Any and all Documents or correspondence by or between Defendants on the one hand, and Wardrobe Management & Design, anyone or any entity acting on its behalf, on the other hand.

26.    Any and all Documents or correspondence by or between Defendants on the one hand, and John H. Daniel Company, or anyone or any entity acting on its behalf, including but not limited to, any of its owners and affiliates, on the other hand.

27.    Any and all Documents or correspondence by or between Defendants on the one hand, and Hunter & Lords, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

28.    Any and all Documents or correspondence by or between Defendants on the one hand, and Warren Sewell Clothing Company, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

29.    Any and all Documents or correspondence by or between Defendants on the one hand, and Magliano Pants Company, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

30.    Any and all Documents or correspondence by or between Defendants on the one hand, and Mark Langley of Florida, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

31.    Any and all Documents or correspondence by or between Defendants on the one hand, and Skip Gambert & Associates, Inc. a/k/a SGA, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

- 7 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

32.     Any and all Documents or correspondence by or between Defendants on the one hand, and Berle Manufacturing Company, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

33.     Any and all Documents or correspondence by or between Defendants on the one hand, and Ripley, Inc., or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

34.     Any and all Documents or correspondence by or between Defendants on the one hand, and Ripley Shirt Co., or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

35.     Any and all Documents or correspondence by or between Defendants on the one hand, and Hardwick Clothes, Inc., or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

36.     Any and all Documents or correspondence by or between Defendants on the one hand, and Toluca Garment Company, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

37.     Any and all Documents or correspondence by or between Defendants on the one hand, and Raffi, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

38.     Any and all Documents or correspondence by or between Defendants on the one hand, and Premier Clothiers, Inc., or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

- 8 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

39.    Any and all Documents or correspondence by or between Defendants on the one hand, and Bugatchi Uomo Apparel, Inc., or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

40.    Any and all Documents or correspondence by or between Defendants on the one hand, and Custom Clothing Vendors Alliance, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

41.    Any and all Documents or correspondence by or between Defendants on the one hand, and Gladson Ltd. Womenswear, or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

42.    Any and all Documents or correspondence by or between Defendants on the one hand, and Allen-Edmonds Shoe Corp., or anyone or any entity acting on its behalf, including but not limited to, any of its affiliates, on the other hand.

43.    Any and all Documents concerning sales or financial projections relating to the amount of sales Defendants project they could generate after Mr. Green's employment with Tom James terminated.

44.    Any and all fabric swatches, samples, promotional items, sales materials, product compass, or other items Defendants have received or provided to any supplier or manufacturer of made-to-measure or custom-tailored apparel.

45.    Any and all correspondence, notes, memoranda, or other Documents concerning any communications, meetings, correspondence, or conversations between or among Defendants and/or any related case.

- 9 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

46.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Elan Clothiers or any of its owners and affiliates, from January 1, 2001, through the present.

47.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Louie Morgan or any of his clothing businesses, from January 1, 2001, through the present.

48.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Gary Hulse Clothing or any of its owners and affiliates, from January 1, 2001, through the present.

49.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Wardrobe Management & Design or any of its affiliates, from January 1, 2001, through the present.

50.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by John H. Daniel Company or any of its affiliates, from January 1, 2001, through the present.

51.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Warren Sewell Clothing Company or any of its affiliates, from January 1, 2001, through the present.

52.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Magliano Pants Company or any of its affiliates, from January 1, 2001, through the present.

- 10 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

53.   Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Mark Langley of Florida or any of its affiliates, from January 1, 2001, through the present.

54.   Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Skip Gambert & Associates a/k/a SGA or any of its affiliates, from January 1, 2001, through the present.

55.   Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Berle Manufacturing Company or any of its affiliates, from January 1, 2001, through the present.

56.   Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Ripley, Inc. or any of its affiliates, from January 1, 2001, through the present.

57.   Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Ripley Shirt Co. or any of its affiliates, from January 1, 2001, through the present.

58.   Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Hardwick Clothiers, Inc. or any of its affiliates, from January 1, 2001, through the present.

59.   Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Toluca Garment Company or any of its affiliates, from January 1, 2001, through the present.

- 11 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

60.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Raffi or any of its affiliates, from January 1, 2001, through the present.

61.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Premier Clothiers, Inc. or any of its affiliates, from January 1, 2001, through the present.

62.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Bugatchi Uomo Apparel, Inc. or any of its affiliates, from January 1, 2001, through the present.

63.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Custom Clothing Vendors Alliance or any of its affiliates, from January 1, 2001, through the present.

64.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Gladson Ltd. Womenswear or any of its affiliates, from January 1, 2001, through the present.

65.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by Allen-Edmonds Shoe Corp. or any of its affiliates, from January 1, 2001, through the present.

66.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment to Defendants by any clothing manufacturer,

- 12 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

supplier, distributor, or sales organization, other than Tom James, since Mr. Green commenced employment with Tom James.

67.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Elan Clothiers or any of its affiliates, from January 1, 2001, through the present.

68.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Louie Morgan or by any of his businesses, from January 1, 2001, through the present.

69.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Gary Hulse Clothing or any of its owners and affiliates, from January 1, 2001, through the present.

70.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Wardrobe Management & Design or any of its affiliates, from January 1, 2001, through the present.

71.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to John H. Daniel Company or any of its affiliates, from January 1, 2001, through the present.

72.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Warren Sewell Clothing Company or any of its affiliates, from January 1, 2001, through the present.

- 13 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

73.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Magliano Pants Company or any of its affiliates, from January 1, 2001, through the present.

74.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Mark Langley of Florida or any of its affiliates, from January 1, 2001, through the present.

75.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Skip Gambert & Associates, a/k/a SGA, or any of its affiliates, from January 1, 2001, through the present.

76.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Berle Manufacturing Company or any of its affiliates, from January 1, 2001, through the present.

77.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Ripley, Inc. or any of its affiliates, from January 1, 2001, through the present.

78.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Ripley Shirt Co. or any of its affiliates, from January 1, 2001, through the present.

79.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Hardwick Clothes, Inc. or any of its affiliates, from January 1, 2001, through the present.

- 14 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

80.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Toluca Garment Company or any of its affiliates, from January 1, 2001, through the present.

81.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Raffi or any of its affiliates, from January 1, 2001, through the present.

82.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Premier Clothiers, Inc. or any of its affiliates, from January 1, 2001, through the present.

83.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Bugatchi Uomo Apparel, Inc. or any of its affiliates, from January 1, 2001, through the present.

84.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Custom Clothing Vendors Alliance or any of its affiliates, from January 1, 2001, through the present.

85.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Gladson Ltd. Womenswear or any of its affiliates, from January 1, 2001, through the present.

86.    Any and all checks, check copies, check stubs, or other source Documents concerning any payment by Defendants to Allen Edmonds Shoe Corp. or any of its affiliates, from January 1, 2001, through the present.

- 15 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

87.    Any and all checks, check copies, check stubs, or other source

Documents concerning any payment by Defendants to any clothing manufacturer,

supplier, distributor, or sales organization, other than Tom James, since Mr. Green

commenced employment with Tom James.

88.    Any and all written agreements, memoranda of understanding,

memoranda of intent, or any other document intended to memorialize any agreement

between Defendants and any clothing manufacturer, distributor, or sales organization,

other than Tom James.

89.    Any and all Documents concerning Defendants' sale of clothing or

accessories since Mr. Green left employment with Tom James.

Dated:  August 13, 2003                    THE PLAINTIFF,
            Hartford, Connecticut              TOM JAMES COMPANY


                                        By: _____
                                              Thomas J. Finn
                                              Federal Bar No.: ct 20929
                                              Paula Cruz Cedillo
                                              Federal Bar No.: ct 23485
                                              HALLORAN & SAGE LLP
                                              One Goodwin Square
                                              225 Asylum Street
                                              Hartford, Connecticut 06103
                                              (860) 522-6103

390100.1(HSFP)


- 16 -

## CERTIFICATION

This is to certify that on August 13, 2003, a copy of the foregoing was mailed, by postage prepaid, or hand-delivered to:

Peter S. Olson, Esq.
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006

Thomas J. Finn

390100.1(HSFP)

- 17 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105