12:16 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through December 2002

| | Thomas, Richard Cookie | Tomasiewicz, Patrick | TRACHSEL, WILLIAM | Trotter, Lloyd | Webster, Art |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 0.00 | 0.00 | 390.00 | 0.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 0.00 | 620.00 | 1,966.00 | 0.00 | 326.00 |
| Sport Coat | 0.00 | 0.00 | 1,025.00 | 860.00 | 0.00 |
| Suit | 1,050.00 | 1,970.00 | 3,220.00 | 0.00 | 2,275.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 |
| Ties | 65.00 | 215.00 | 0.00 | 0.00 | 0.00 |
| Tuxedo | 2,490.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Sales** | 3,605.00 | 2,805.00 | 6,601.00 | 1,860.00 | 2,601.00 |
| **Total Income** | 3,605.00 | 2,805.00 | 6,601.00 | 1,860.00 | 2,601.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alterations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 0.00 | 0.00 | 241.46 | 464.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 64.25 | 119.30 | 650.90 | 297.55 | 229.55 |
| Sport Coat | 0.00 | 0.00 | 377.50 | 0.00 | 0.00 |
| Suit | 1,054.50 | 773.30 | 1,113.00 | 0.00 | 753.00 |
| Tailoring | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 1,118.75 | 892.60 | 2,382.86 | 761.55 | 982.55 |
| **Total COGS** | 1,118.75 | 892.60 | 2,382.86 | 761.55 | 982.55 |
| **Gross Profit** | 2,486.25 | 1,912.40 | 4,218.14 | 1,098.45 | 1,618.45 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 2,486.25 | 1,912.40 | 4,218.14 | 1,098.45 | 1,618.45 |
| **Net Income** | 2,486.25 | 1,912.40 | 4,218.14 | 1,098.45 | 1,618.45 |

Category 1
Category 2

TA0283

Page 24

12:16 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through December 2002

| | White, Randy | williams, John | Williams, Rudy | Wilson, John | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 732.40 |
| Discount | -875.00 | 0.00 | 0.00 | 0.00 | -1,782.00 |
| Pants | 0.00 | 0.00 | 550.00 | 0.00 | 57,415.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 850.00 |
| Shirt | 0.00 | 695.00 | 615.00 | 0.00 | 57,921.90 |
| Sport Coat | 0.00 | 0.00 | 1,360.00 | 705.00 | 70,800.00 |
| Suit | 1,750.00 | 795.00 | 1,075.00 | 0.00 | 222,808.68 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 275.00 |
| Ties | 0.00 | 205.00 | 390.00 | 0.00 | 18,180.93 |
| Tuxedo | 0.00 | 0.00 | 0.00 | 0.00 | 3,985.00 |
| **Total Sales** | 875.00 | 1,695.00 | 3,990.00 | 705.00 | 431,186.91 |
| **Total Income** | 875.00 | 1,695.00 | 3,990.00 | 705.00 | 431,186.91 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 238.03 |
| Alterations | 0.00 | 0.00 | 0.00 | 0.00 | 698.54 |
| Pants | 0.00 | 0.00 | 241.22 | 0.00 | 22,397.81 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 239.22 |
| Shirt | 0.00 | 277.85 | 239.70 | 65.25 | 26,377.55 |
| Sport Coat | 0.00 | 0.00 | 523.00 | 0.00 | 25,225.58 |
| Suit | 0.00 | 306.50 | 344.50 | 251.70 | 77,096.40 |
| Tailoring | 0.00 | 0.00 | 0.00 | 0.00 | 183.00 |
| Ties | 0.00 | 0.00 | 0.00 | 0.00 | 85.42 |
| **Total Cost of Goods Sold** | 0.00 | 584.35 | 1,348.42 | 316.95 | 152,541.55 |
| **Total COGS** | 0.00 | 584.35 | 1,348.42 | 316.95 | 152,541.55 |
| **Gross Profit** | 875.00 | 1,110.65 | 2,641.58 | 388.05 | 278,645.36 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 2,874.50 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 2,874.50 |
| **Net Ordinary Income** | 875.00 | 1,110.65 | 2,641.58 | 388.05 | 275,770.86 |
| **Net Income** | 875.00 | 1,110.65 | 2,641.58 | 388.05 | 275,770.86 |

Category 1
Category 2

Page 25

TA0284

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Adler, David | Alfeld, Chad | Allegue, Raul | ALLEN, JAMES | Archibald, James |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 1,250.00 | 696.00 | 0.00 | 0.00 | 0.00 |
| Shoes | 0.00 | 0.00 | 0.00 | 285.00 | 0.00 |
| Sport Coat | 0.00 | 875.00 | 1,750.00 | 0.00 | 825.00 |
| Suit | 0.00 | 0.00 | 0.00 | 995.00 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 |
| **Total Sales** | 1,250.00 | 1,571.00 | 1,750.00 | 1,430.00 | 825.00 |
| **Total Income** | 1,250.00 | 1,571.00 | 1,750.00 | 1,430.00 | 825.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alterations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 488.15 | 233.70 | 0.00 | 0.00 | 0.00 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 309.50 | 619.00 | 0.00 | 306.50 |
| Suit | 0.00 | 0.00 | 0.00 | 306.50 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 486.15 | 543.20 | 619.00 | 306.50 | 306.50 |
| **Total COGS** | 486.15 | 543.20 | 619.00 | 306.50 | 306.50 |
| **Gross Profit** | 763.85 | 1,027.80 | 1,131.00 | 1,123.50 | 518.50 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 0.00 | 69.73 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 69.73 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 763.85 | 958.07 | 1,131.00 | 1,123.50 | 518.50 |
| **Net Income** | 763.85 | 958.07 | 1,131.00 | 1,123.50 | 518.50 |

Category 1
Category 2

TA0285

Page 1

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Askham, peter | Aldridge, Peter (Barter) | brett, tom (Barter) | Coyle, Jack (Barter) | Total Barter |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Suit | 1,325.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Sales** | 1,625.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 1,625.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 34.48 | 34.48 |
| Alterations | 0.00 | 0.00 | 55.00 | 0.00 | 55.00 |
| Pants | 0.00 | 0.00 | 849.39 | 279.10 | 1,128.49 |
| Shirt | 100.50 | 0.00 | 352.35 | 0.00 | 352.35 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Suit | 566.50 | 476.50 | 0.00 | 919.57 | 1,396.07 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 667.00 | 476.50 | 1,256.74 | 1,233.15 | 2,966.39 |
| **Total COGS** | 667.00 | 476.50 | 1,256.74 | 1,233.15 | 2,966.39 |
| **Gross Profit** | 958.00 | -476.50 | -1,256.74 | -1,233.15 | -2,966.39 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 958.00 | -476.50 | -1,256.74 | -1,233.15 | -2,966.39 |
| **Net Income** | 958.00 | -476.50 | -1,256.74 | -1,233.15 | -2,966.39 |

Category 1
Category 2

Page 2

TA0286

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Bartone, Michael | Becker, Marty | Belden, Scott | Bermel, John | Buggy, Rick |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
|   Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
|   Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Pants | 790.00 | 1,155.00 | 0.00 | 495.00 | 0.00 |
|   Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Shirt | 620.00 | 0.00 | 1,094.00 | 0.00 | 0.00 |
|   Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Sport Coat | 0.00 | 1,245.00 | 895.00 | 1,845.00 | 1,215.00 |
|   Suit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 215.00 |
|   Ties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Sales** | 1,410.00 | 2,400.00 | 1,989.00 | 2,340.00 | 1,495.00 |
| **Total Income** | 1,410.00 | 2,400.00 | 1,989.00 | 2,340.00 | 1,495.00 |
| **Cost of Goods Sold** | | | | | |
|   **Cost of Goods Sold** | | | | | |
|     Accessories | 0.00 | 55.00 | 0.00 | 0.00 | 25.02 |
|     Alterations | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 |
|     Pants | 286.00 | 309.00 | 0.00 | 214.00 | 0.00 |
|     Shirt | 202.20 | 0.00 | 408.95 | 0.00 | 0.00 |
|     shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sport Coat | 0.00 | 373.50 | 309.50 | 617.50 | 361.50 |
|     Suit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 488.20 | 737.50 | 718.45 | 871.50 | 386.52 |
| **Total COGS** | 488.20 | 737.50 | 718.45 | 871.50 | 386.52 |
| **Gross Profit** | 921.80 | 1,662.50 | 1,270.55 | 1,468.50 | 1,108.48 |
| **Expense** | | | | | |
|   COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 921.80 | 1,662.50 | 1,270.55 | 1,468.50 | 1,108.48 |
| **Net Income** | 921.80 | 1,662.50 | 1,270.55 | 1,468.50 | 1,108.48 |

Category 1
Category 2

Page 3

TA0287

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Burness, Rich | Cahill, Danny | Colteran, Robert | CONNELLI, LAWREN... | Connor, Jim |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 38.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 720.00 | 0.00 | 945.00 | 365.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 489.00 | 370.00 | 0.00 | 664.00 | 0.00 |
| Shoes | 230.00 | 0.00 | 0.00 | 0.00 | 285.00 |
| Sport Coat | 875.00 | 0.00 | 0.00 | 895.00 | 0.00 |
| Suit | 0.00 | 1,945.00 | 0.00 | 1,395.00 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 0.00 | 75.00 | 0.00 | 245.00 | 0.00 |
| **Total Sales** | 2,352.00 | 2,390.00 | 945.00 | 3,564.00 | 285.00 |
| **Total Income** | 2,352.00 | 2,390.00 | 945.00 | 3,564.00 | 285.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alterations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 249.00 | 0.00 | 395.00 | 148.00 | 0.00 |
| Shirt | 159.10 | 116.00 | 0.00 | 245.70 | 0.00 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 367.50 | 0.00 | 0.00 | 319.50 | 0.00 |
| Suit | 0.00 | 622.50 | 0.00 | 494.50 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 775.60 | 738.50 | 395.00 | 1,207.70 | 0.00 |
| **Total COGS** | 775.60 | 738.50 | 395.00 | 1,207.70 | 0.00 |
| **Gross Profit** | 1,576.40 | 1,651.50 | 550.00 | 2,356.30 | 285.00 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 1,576.40 | 1,651.50 | 550.00 | 2,356.30 | 285.00 |
| **Net Income** | 1,576.40 | 1,651.50 | 550.00 | 2,356.30 | 285.00 |

Category 1
Category 2

Page 4

TA0288

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | DeCresce | dodge, scott | Douglas, Craig | Duffy, James | EDDY, PAUL |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 0.00 | 275.00 | 0.00 | 0.00 | 395.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 0.00 | 125.00 | 620.00 | 0.00 | 529.00 |
| Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 0.00 | 0.00 | 1,045.00 |
| Suit | 0.00 | 0.00 | 1,850.00 | 1,150.00 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 265.00 | 0.00 | 255.00 | 0.00 | 0.00 |
| **Total Sales** | 265.00 | 400.00 | 2,725.00 | 1,150.00 | 2,094.00 |
| **Total Income** | 265.00 | 400.00 | 2,725.00 | 1,150.00 | 2,094.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alterations | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 |
| Pants | 0.00 | 112.00 | 0.00 | 0.00 | 337.00 |
| Shirt | 0.00 | 59.40 | 204.70 | 0.00 | 207.60 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 0.00 | 0.00 | 367.50 |
| Suit | 0.00 | 0.00 | 557.50 | 393.90 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 0.00 | 171.40 | 777.20 | 393.90 | 912.10 |
| **Total COGS** | 0.00 | 171.40 | 777.20 | 393.90 | 912.10 |
| **Gross Profit** | 265.00 | 228.60 | 1,947.80 | 756.10 | 1,181.90 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 265.00 | 228.60 | 1,947.80 | 756.10 | 1,181.90 |
| **Net Income** | 265.00 | 228.60 | 1,947.80 | 756.10 | 1,181.90 |

Category 1
Category 2

TA0289

Page 5

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
January through May 2003

| | Ellis, Cedric | Estes, Joe | Everett, Carl | Fisher, Russ | Fox, Scott |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
|   Sales | | | | | |
|     Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Discount | 0.00 | 0.00 | -250.00 | 0.00 | 0.00 |
|     Pants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Shirt | 163.00 | 900.00 | 0.00 | 0.00 | 740.00 |
|     Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 905.00 |
|     Sport Coat | 0.00 | 0.00 | 0.00 | 1,035.00 | 0.00 |
|     Suit | 1,685.00 | 2,770.00 | 0.00 | 0.00 | 4,860.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
|     Ties | 380.00 | 0.00 | 0.00 | 150.00 | 160.00 |
|   **Total Sales** | 2,228.00 | 3,670.00 | -250.00 | 1,185.00 | 6,990.00 |
| **Total Income** | 2,228.00 | 3,670.00 | -250.00 | 1,185.00 | 6,990.00 |
| **Cost of Goods Sold** | | | | | |
|   Cost of Goods Sold | | | | | |
|     Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Alterations | 0.00 | 35.00 | 31.00 | 0.00 | 0.00 |
|     Pants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Shirt | 67.25 | 218.70 | 0.00 | 0.00 | 256.70 |
|     shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sport Coat | 0.00 | 0.00 | 0.00 | 289.50 | 0.00 |
|     Suit | 447.50 | 929.80 | 0.00 | 0.00 | 1,591.58 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Cost of Goods Sold** | 514.75 | 1,183.50 | 31.00 | 289.50 | 1,848.28 |
| **Total COGS** | 514.75 | 1,183.50 | 31.00 | 289.50 | 1,848.28 |
| **Gross Profit** | 1,713.25 | 2,486.50 | -281.00 | 895.50 | 5,141.72 |
| **Expense** | | | | | |
|   COMMISSION PAID | 0.00 | 0.00 | 3,750.00 | 0.00 | 0.00 |
|   SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 3,750.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 1,713.25 | 2,486.50 | -4,031.00 | 895.50 | 5,141.72 |
| **Net Income** | 1,713.25 | 2,486.50 | -4,031.00 | 895.50 | 5,141.72 |

Category 1
Category 2

Page 6

TA 0290

12:35 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

Page 7

| | Gallop, Mark | Gladstone, David | Goldberg, Stephen | Gould, James | Gowdy, Randy |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
|   **Sales** | | | | | |
|     Accessories | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 |
|     Discount | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 |
|     Pants | 0.00 | 275.00 | 575.00 | 747.00 | 0.00 |
|     Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Shirt | 592.00 | 0.00 | 776.00 | 390.00 | 0.00 |
|     Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sport Coat | 0.00 | 725.00 | 1,185.00 | 895.00 | 0.00 |
|     Suit | 1,295.00 | 0.00 | 1,845.00 | 0.00 | 0.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Ties | 0.00 | 0.00 | 255.00 | 615.00 | 300.00 |
|   **Total Sales** | 1,887.00 | 1,000.00 | 4,636.00 | 2,797.00 | 290.00 |
| **Total Income** | 1,887.00 | 1,000.00 | 4,636.00 | 2,797.00 | 290.00 |
| **Cost of Goods Sold** | | | | | |
|   **Cost of Goods Sold** | | | | | |
|     Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Alterations | 0.00 | 0.00 | 0.00 | 90.00 | 0.00 |
|     Pants | 0.00 | 140.00 | 211.00 | 280.00 | 0.00 |
|     Shirt | 0.00 | 0.00 | 266.70 | 205.00 | 0.00 |
|     shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sport Coat | 0.00 | 261.50 | 367.50 | 309.50 | 0.00 |
|     Suit | 396.50 | 0.00 | 561.50 | 0.00 | 0.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Cost of Goods Sold** | 396.50 | 401.50 | 1,406.70 | 884.50 | 0.00 |
| **Total COGS** | 396.50 | 401.50 | 1,406.70 | 884.50 | 0.00 |
| **Gross Profit** | 1,490.50 | 598.50 | 3,229.30 | 1,912.50 | 290.00 |
| **Expense** | | | | | |
|   COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 1,490.50 | 598.50 | 3,229.30 | 1,912.50 | 290.00 |
| **Net Income** | 1,490.50 | 598.50 | 3,229.30 | 1,912.50 | 290.00 |

Category 1
Category 2

TA0291

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Norstrom, Gail | Nye, Greg | oremland, len | poulin, paul | Prophet Joseph B. H... |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 1,750.00 | 1,025.00 | 0.00 | 0.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 0.00 | 0.00 | 533.00 | 0.00 | 0.00 |
| Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 1,515.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Suit | 2,145.00 | 0.00 | 1,025.00 | 0.00 | 2,545.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 0.00 | 0.00 | 160.00 | 0.00 | 0.00 |
| **Total Sales** | 5,410.00 | 1,025.00 | 1,718.00 | 0.00 | 2,545.00 |
| **Total Income** | 5,410.00 | 1,025.00 | 1,718.00 | 0.00 | 2,545.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alterations | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 |
| Pants | 494.40 | 398.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 0.00 | 0.00 | 313.60 | 0.00 | 0.00 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 365.40 | 0.00 | 0.00 | 0.00 | 841.50 |
| Suit | 550.40 | 0.00 | 421.50 | 0.00 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 1,410.20 | 398.00 | 735.10 | 75.00 | 841.50 |
| **Total COGS** | 1,410.20 | 398.00 | 735.10 | 75.00 | 841.50 |
| **Gross Profit** | 3,999.80 | 627.00 | 982.90 | -75.00 | 1,703.50 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 32.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 32.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 3,967.40 | 627.00 | 982.90 | -75.00 | 1,703.50 |
| **Net Income** | 3,967.40 | 627.00 | 982.90 | -75.00 | 1,703.50 |

Category 1
Category 2

TA0297

Page 13

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Haberland, Jay | Hanuschak, Brian | Harris, Anson | Harrison, Tom | Holt, Tim |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 1,520.00 | 0.00 | 0.00 | 650.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 370.00 | 580.00 | 125.00 | 0.00 | 740.00 |
| Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Suit | 3,895.00 | 2,140.00 | 1,125.00 | 0.00 | 4,100.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 470.00 | 180.00 | 0.00 | 0.00 | 380.00 |
| **Total Sales** | 6,255.00 | 2,900.00 | 1,250.00 | 650.00 | 5,305.00 |
| **Total Income** | 6,255.00 | 2,900.00 | 1,250.00 | 650.00 | 5,305.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alterations | 0.00 | 50.00 | 0.00 | 0.00 | 30.00 |
| Pants | 0.00 | 0.00 | 0.00 | 206.00 | 0.00 |
| Shirt | 258.70 | 255.60 | 153.10 | 0.00 | 241.70 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Suit | 1,746.80 | 687.80 | 396.50 | 0.00 | 1,265.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 2,005.50 | 993.40 | 549.60 | 206.00 | 1,536.70 |
| **Total COGS** | 2,005.50 | 993.40 | 549.60 | 206.00 | 1,536.70 |
| **Gross Profit** | 4,249.50 | 1,906.60 | 700.40 | 444.00 | 3,768.30 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 4,249.50 | 1,906.60 | 700.40 | 444.00 | 3,768.30 |
| **Net Income** | 4,249.50 | 1,906.60 | 700.40 | 444.00 | 3,768.30 |

Category 1
Category 2

TA 0292

Page 5

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

Page 9

| | Jenkins, David | oultundsen, richard (Jones, Raphael & O... | Total Jones, Raphael... | Kawakami, Brian | LAUZON, JAMES |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
|   Sales | | | | | |
|     Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Pants | 0.00 | 850.00 | 850.00 | 1,050.00 | 0.00 |
|     Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Shirt | 155.00 | 398.00 | 398.00 | 0.00 | 0.00 |
|     Shoes | 0.00 | 0.00 | 0.00 | 865.00 | 0.00 |
|     Sport Coat | 635.00 | 1,045.00 | 1,045.00 | 2,250.00 | 0.00 |
|     Suit | 1,005.00 | 0.00 | 0.00 | 0.00 | 1,095.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Ties | 130.00 | 0.00 | 0.00 | 280.00 | 215.00 |
|   Total Sales | 1,925.00 | 2,293.00 | 2,293.00 | 4,445.00 | 1,310.00 |
| **Total Income** | 1,925.00 | 2,293.00 | 2,293.00 | 4,445.00 | 1,310.00 |
| **Cost of Goods Sold** | | | | | |
|   Cost of Goods Sold | | | | | |
|     Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Alterations | 200.00 | 0.00 | 0.00 | 79.00 | 0.00 |
|     Pants | 0.00 | 300.00 | 300.00 | 420.00 | 0.00 |
|     Shirt | 103.50 | 169.00 | 169.00 | 0.00 | 0.00 |
|     shoes | 0.00 | 0.00 | 0.00 | 422.88 | 0.00 |
|     Sport Coat | 261.50 | 309.50 | 309.50 | 784.50 | 393.90 |
|     Suit | 306.50 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Total Cost of Goods Sold | 871.50 | 778.50 | 778.50 | 1,706.38 | 393.90 |
| **Total COGS** | 871.50 | 778.50 | 778.50 | 1,706.38 | 393.90 |
| **Gross Profit** | 1,053.50 | 1,514.50 | 1,514.50 | 2,738.62 | 916.10 |
| **Expense** | | | | | |
|   COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 1,053.50 | 1,514.50 | 1,514.50 | 2,738.62 | 916.10 |
| **Net Income** | 1,053.50 | 1,514.50 | 1,514.50 | 2,738.62 | 916.10 |

Category 1
Category 2

TA0293

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

|  | Lindberg, Bill | Lindberg, Robert | Lukas, Robert | Lukow, Terry | Lynyak, Robert |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
|   Sales | | | | | |
|     Accessories | 195.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Pants | 0.00 | 0.00 | 325.00 | 350.00 | 0.00 |
|     Raincoat | 0.00 | 0.00 | 620.00 | 0.00 | 0.00 |
|     Shirt | 155.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sport Coat | 635.00 | 0.00 | 735.00 | 735.00 | 1,150.00 |
|     Suit | 795.00 | 2,100.00 | 1,005.00 | 0.00 | 2,035.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Ties | 365.00 | 195.00 | 130.00 | 0.00 | 0.00 |
|   **Total Sales** | 2,145.00 | 2,295.00 | 2,815.00 | 1,085.00 | 3,185.00 |
| **Total Income** | 2,145.00 | 2,295.00 | 2,815.00 | 1,085.00 | 3,185.00 |
| **Cost of Goods Sold** | | | | | |
|   Cost of Goods Sold | | | | | |
|     Accessories | 63.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Alterations | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Pants | 0.00 | 0.00 | 140.00 | 140.00 | 0.00 |
|     Shirt | 0.00 | 0.00 | 253.85 | 0.00 | 0.00 |
|     shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sport Coat | 261.50 | 0.00 | 261.50 | 241.50 | 396.50 |
|     Suit | 306.50 | 668.00 | 306.50 | 0.00 | 591.40 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Cost of Goods Sold** | 639.00 | 668.00 | 961.85 | 381.50 | 987.90 |
| **Total COGS** | 639.00 | 668.00 | 961.85 | 381.50 | 987.90 |
| **Gross Profit** | 1,506.00 | 1,627.00 | 1,853.15 | 703.50 | 2,197.10 |
| **Expense** | | | | | |
|   COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 1,506.00 | 1,627.00 | 1,853.15 | 703.50 | 2,197.10 |
| **Net Income** | 1,506.00 | 1,627.00 | 1,853.15 | 703.50 | 2,197.10 |

Category 1
Category 2

Page 10

TA0294

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Mack, Ernie | Margolis, Robert | McConnell, James | McEachin, Tom | McGriff, Derrick |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
|   **Sales** | | | | | |
|     Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Pants | 0.00 | 0.00 | 550.00 | 0.00 | 550.00 |
|     Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Shirt | 1,136.00 | 708.00 | 0.00 | 0.00 | 0.00 |
|     Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sport Coat | 0.00 | 0.00 | 895.00 | 635.00 | 0.00 |
|     Suit | 1,315.00 | 1,395.00 | 0.00 | 795.00 | 0.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Ties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Sales** | 2,451.00 | 2,103.00 | 1,445.00 | 1,430.00 | 550.00 |
| **Total Income** | 2,451.00 | 2,103.00 | 1,445.00 | 1,430.00 | 550.00 |
| **Cost of Goods Sold** | | | | | |
|   **Cost of Goods Sold** | | | | | |
|     Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Alterations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Pants | 0.00 | 0.00 | 206.00 | 0.00 | 190.00 |
|     Shirt | 369.50 | 242.70 | 0.00 | 0.00 | 0.00 |
|     shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Sport Coat | 0.00 | 0.00 | 309.50 | 241.50 | 0.00 |
|     Suit | 437.50 | 476.50 | 0.00 | 306.50 | 0.00 |
|     Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Cost of Goods Sold** | 807.00 | 719.20 | 515.50 | 548.00 | 190.00 |
| **Total COGS** | 807.00 | 719.20 | 515.50 | 548.00 | 190.00 |
| **Gross Profit** | 1,644.00 | 1,383.80 | 929.50 | 882.00 | 360.00 |
| **Expense** | | | | | |
|   COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 1,644.00 | 1,383.80 | 929.50 | 882.00 | 360.00 |
| **Net Income** | 1,644.00 | 1,383.80 | 929.50 | 882.00 | 360.00 |

Category 1
Category 2

Page 11

TA0295

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | MCINERNEY, THOM... | McLaughlin, Robert | Mense, Craig | Milan, Larry | Mutroy, Brian |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 110.00 | 0.00 | 0.00 | 220.00 | 75.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 1,695.00 | 0.00 | 650.00 | 1,375.00 | 465.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| Shirt | 1,379.00 | 0.00 | 0.00 | 0.00 | 143.00 |
| Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 625.00 | 1,195.00 | 1,025.00 |
| Suit | 0.00 | 0.00 | 0.00 | 1,755.00 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Sales** | 3,184.00 | 0.00 | 1,275.00 | 4,545.00 | 2,133.00 |
| **Total Income** | 3,184.00 | 0.00 | 1,275.00 | 4,545.00 | 2,133.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 36.00 | 0.00 | 0.00 | 94.56 | 27.02 |
| Alterations | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 |
| Pants | 534.00 | 0.00 | 280.00 | 899.50 | 140.00 |
| Shirt | 451.15 | 0.00 | 0.00 | 0.00 | 63.40 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 221.50 | 0.00 | 396.50 |
| Suit | 0.00 | 168.25 | 0.00 | 565.50 | 0.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 1,021.15 | 168.25 | 501.50 | 1,564.56 | 626.92 |
| **Total COGS** | 1,021.15 | 168.25 | 501.50 | 1,564.56 | 626.92 |
| **Gross Profit** | 2,162.85 | -168.25 | 773.50 | 2,980.44 | 1,506.08 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 0.00 | 0.00 | 15.10 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 15.10 | 0.00 | 0.00 |
| **Net Ordinary Income** | 2,162.85 | -168.25 | 758.40 | 2,980.44 | 1,506.08 |
| **Net Income** | 2,162.85 | -168.25 | 758.40 | 2,980.44 | 1,506.08 |

Category 1
Category 2

TA0296

Page 12

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Reilly, Michael | Roos, Norm | Roscigno, Anthony | Sheehan, Patrick | Stitt, Wayne |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 170.00 | 0.00 | 0.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 975.00 | 350.00 | 295.00 | 950.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 678.00 | 0.00 | 0.00 | 0.00 | 155.00 |
| Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 2,030.00 | 695.00 | 1,210.00 | 0.00 | 0.00 |
| Suit | 0.00 | 0.00 | 0.00 | 1,525.00 | 1,495.00 |
| Sweater | 0.00 | 0.00 | 845.00 | 0.00 | 0.00 |
| Ties | 0.00 | 0.00 | 0.00 | 290.00 | 245.00 |
| **Total Sales** | 3,683.00 | 1,045.00 | 2,520.00 | 2,765.00 | 1,895.00 |
| **Total Income** | 3,683.00 | 1,045.00 | 2,520.00 | 2,765.00 | 1,895.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alterations | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 |
| Pants | 585.00 | 140.00 | 103.00 | 262.00 | 64.40 |
| Shirt | 0.00 | 0.00 | 98.40 | 0.00 | 0.00 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 345.50 | 261.50 | 370.50 | 511.40 | 476.50 |
| Suit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sweater | 0.00 | 0.00 | 561.99 | | |
| **Total Cost of Goods Sold** | 930.50 | 401.50 | 1,133.89 | 813.40 | 540.90 |
| **Total COGS** | 930.50 | 401.50 | 1,133.89 | 813.40 | 540.90 |
| **Gross Profit** | 2,752.50 | 643.50 | 1,386.11 | 1,951.60 | 1,354.10 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 2,752.50 | 643.50 | 1,386.11 | 1,951.60 | 1,354.10 |
| **Net Income** | 2,752.50 | 643.50 | 1,386.11 | 1,951.60 | 1,354.10 |

Category 1
Category 2

Page 14

TA0298

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | Summa, Robert | TRACHSEL, WILLIAM | Valyo, John A. | wasserman, richard | Webster, Art |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Sales** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 0.00 | 0.00 | 750.00 | 275.00 | 0.00 |
| Raincoat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirt | 280.00 | 850.00 | 919.00 | 0.00 | 165.00 |
| Shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 895.00 | 695.00 | 0.00 |
| Suit | 1,650.00 | 1,845.00 | 0.00 | 0.00 | 3,545.00 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ties | 170.00 | 0.00 | 130.00 | 0.00 | 530.00 |
| **Total Sales** | 2,100.00 | 2,695.00 | 2,694.00 | 970.00 | 4,240.00 |
| **Total Income** | 2,100.00 | 2,695.00 | 2,694.00 | 970.00 | 4,240.00 |
| **Cost of Goods Sold** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alterations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pants | 0.00 | 0.00 | 290.00 | 112.00 | 0.00 |
| Shirt | 96.50 | 328.35 | 392.50 | 0.00 | 177.00 |
| shoes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sport Coat | 0.00 | 0.00 | 309.50 | 0.00 | 0.00 |
| Suit | 552.50 | 627.50 | 0.00 | 261.50 | 1,204.50 |
| Sweater | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 649.00 | 955.85 | 992.00 | 373.50 | 1,381.50 |
| **Total COGS** | 649.00 | 955.85 | 992.00 | 373.50 | 1,381.50 |
| **Gross Profit** | 1,451.00 | 1,739.15 | 1,702.00 | 596.50 | 2,858.50 |
| **Expense** | | | | | |
| COMMISSION PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIPPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 1,451.00 | 1,739.15 | 1,702.00 | 596.50 | 2,858.50 |
| **Net Income** | 1,451.00 | 1,739.16 | 1,702.00 | 596.50 | 2,858.50 |

Category 1
Category 2

Page 15

TA0299

12:36 PM
09/02/03
Accrual Basis

# Trace Apparel
## Profit & Loss by Job
### January through May 2003

| | williams, John | Williams, Rudy | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Sales** | | | |
| Accessories | 0.00 | 0.00 | 1,233.00 |
| Discount | 0.00 | -3.90 | -263.90 |
| Pants | 0.00 | 0.00 | 23,137.00 |
| Raincoat | 0.00 | 0.00 | 425.00 |
| Shirt | 731.00 | 620.00 | 21,758.00 |
| Shoes | 0.00 | 0.00 | 2,570.00 |
| Sport Coat | 0.00 | 0.00 | 30,845.00 |
| Suit | 825.00 | 2,150.00 | 67,480.00 |
| Sweater | 0.00 | 0.00 | 1,170.00 |
| Ties | 205.00 | 405.00 | 7,545.00 |
| **Total Sales** | 1,761.00 | 3,171.10 | 155,899.10 |
| **Total Income** | 1,761.00 | 3,171.10 | 155,899.10 |
| **Cost of Goods Sold** | | | |
| **Cost of Goods Sold** | | | |
| Accessories | 0.00 | 0.00 | 335.08 |
| Alterations | 56.00 | 0.00 | 809.00 |
| Pants | 0.00 | 0.00 | 9,649.39 |
| Shirt | 242.85 | 252.85 | 8,319.35 |
| shoes | 0.00 | 0.00 | 422.88 |
| Sport Coat | 0.00 | 0.00 | 9,493.40 |
| Suit | 308.50 | 723.00 | 24,388.30 |
| Sweater | 0.00 | 0.00 | 561.99 |
| **Total Cost of Goods Sold** | 605.35 | 975.85 | 53,979.39 |
| **Total COGS** | 605.35 | 975.85 | 53,979.39 |
| **Gross Profit** | 1,155.65 | 2,195.25 | 101,919.71 |
| **Expense** | | | |
| COMMISSION PAID | 0.00 | 0.00 | 3,750.00 |
| SHIPPING | 0.00 | 0.00 | 117.23 |
| **Total Expense** | 0.00 | 0.00 | 3,867.23 |
| **Net Ordinary Income** | 1,155.65 | 2,195.25 | 98,052.48 |
| **Net Income** | 1,155.65 | 2,195.25 | 98,052.48 |

Category 1
Category 2

TA0300

Page 16