Tracy Green

| | |
|---|---|
| **From:** | Todd Baldwin [todd_baldwin@comcast.net] |
| **Sent:** | Monday, October 06, 2003 8:17 AM |
| **To:** | Tom Comeau; Rick Mialik; Martha Cutsinger; Louie Morgan; Loo Morgan; Jon Erhardt; Greg Brown; Ed Shedd; David Hester; Carla Bench; Boozer; Tracy Green; Chuck Hamilton |
| **Subject:** | Forms Wardrobe sheets etc etc |

I hope all is well you everyone, I had a hearing last week to dismiss the noncompete part of the contract and we are waiting a ruling from the judge.I'll keep you posted...............I wanted to also ask for your help .I would like to see the different forms that everyone uses I am in the process of updating mine and wanted to get an idea of the receipts that u give to clients, wardrobe sheets, worksheets,and measuring sheets etc etc that you use in the course of your business..if you could take a minute and fax me 703-352-8856 its my direct fax # thanks for your help and if anyone wants to see what I get from this request just let me know.....
Thanks
NOW GO OUT AND SELL SOME TJ CLIENTS
TODD

TA1582

11/24/2003

Tracy Green

From:    Tracy Green
Sent:    Friday, October 03, 2003 11:52 AM
To:      'rkretz@kostin.com'
Subject: Clothing

Dick,
Your clothing will be ready on Monday.
Let me know when next week might be
good to meet with you.
Tracy
Cellphone # 716.5663

TA1265

CATEGORY 1

## Tracy Green

**From:**    Tracy Green
**Sent:**    Wednesday, September 03, 2003 3:41 PM
**To:**       'milanl@ing-afs.com'
**Subject:** This weekend!

Larry,
I was wondering if you are going to be around this weekend.
The new line is in and there are some great fabrics!
Please let me know by calling at 860.716.5663
Thank you!
Tracy

TA1270

CATEGORY 1

## Tracy Green

**From:**    Tracy Green
**Sent:**    Monday, August 04, 2003 12:24 PM
**To:**      'gail_norstrom@ars.aon.com'
**Subject:** Your clothing!

Gail,
Your clothing is in. Let me know when you will be available.
Tracy.

TA1276

CATEGORY 1

Tracy Green

---

From:           Tracy Green
Sent:           Monday, August 11, 2003 2:37 PM
To:             'ajr@landmarkpartners.com'
Subject:        RE: Shirts


I will see you at 9:00am.

-----Original Message-----
From: ajr@landmarkpartners.com [mailto:ajr@landmarkpartners.com]
Sent: Friday, August 08, 2003 2:49 PM
To: Tracy Green
Subject: Re: Shirts

Tuesday morning?

Tony Roscigno
Landmark Partners Inc.
860.651.9760 t
860.408.4608 f
ajr@landmarkpartners.com

----- Original Message -----
From:<tgreen@traceapparel.com>
To:ajr@landmarkpartners.com
Cc:
Date: 08/08/2003 02:44:57 PM
Subject: Shirts

Tony,
Your shirts are in. When can I see you next week?
Call me at 716.5663

Tracy


*********************************************************************************
This email  and  any  files transmitted  with it are  confidential and
intended solely for the use of the  individual or entity to  whom they
are addressed. If you have received this email  in error please notify
the  system  manager.  This footnote  also  confirms  that this e-mail
message has been swept for the presence of computer viruses.

www.LandmarkPartners.com
*********************************************************************************


TA1364


CATEGORY 1


1

Tracy Green

From:     Tracy Green
Sent:     Monday, March 24, 2003 4:14 PM
To:       'jonestc@umich.edu'
Subject:  Spring Clothing

Hi Tom,

I hope that all is going well in your life. If you would like some new clothing for spring, let me know and I will send some swatch books to you. Justi inform me if your size has changed at all. I look forward hearing from you. Also my cell phone number is 860.716.5663 if you would to speak with me.

Your clothier,
Tracy

TA1285

CATEGORY 1

12/9/2003

Tracy Green

From:     Tracy Green
Sent:     Monday, November 10, 2003 11:34 AM
To:       'dgladstone@trcsolutions.com'
Subject:  Clothing

Dave,
Your clothing is in. Let me know when we can get together.
Tracy

TA1392

CATEGORY 1

## Tracy Green

**From:**    Tracy Green
**Sent:**    Friday, October 17, 2003 8:57 AM
**To:**      'cdouglas@stanleyworks.com'
**Subject:** Address

Craig,
You need to contact me so that we can take care of you jackets.
Also can you e-mail me with your home address and phone #.
I have to update my records.

Thank you,
Tracy

TA1400

CATEGORY 1

## Tracy Green

**From:**    Tracy Green
**Sent:**    Monday, October 20, 2003 1:12 PM
**To:**    'kochenn@aeltus.com'
**Subject:** Appointment

Neil,
Let me know when we can meet to get your suit altered.
Thank you,
Tracy

TA1433

CATEGORY 1

12/9/2003

Tracy Green

| | |
|---|---|
| From: | Tracy Green |
| Sent: | Monday, November 17, 2003 12:32 PM |
| To: | 'Marty Becker' |
| Subject: | RE: Credit Card |

Marty, not yet however I will get back to work on it.

-----Original Message-----
From: Marty Becker [mailto:marstonbecker@mindspring.com]
Sent: Monday, November 17, 2003 11:57 AM
To: Tracy Green
Subject: RE: Credit Card

Tracy, it looks great!  Appreciate all your help...  Did you ever find me a new black tux
tie set and the gold knot cufflink/studs?

Marty Becker
Hales & Co.
One Financial Plaza
12th Floor
Hartford, CT   06103
860-728-1489
860-728-1491 (fax)
mbecker@halesgroup.com

-----Original Message-----
From: Tracy Green [mailto:tgreen@traceapparel.com]
Sent: Monday, November 17, 2003 12:03 PM
To: mbecker@halesgroup.com
Subject: Credit Card

Marty,

I had too many numbers written down.
Everything is all set.
I hope that you like the clothing and
thank you for being a wonderful client.

Tracy

TA1434

CATEGORY 1

1

Tracy Green

From:      Tracy Green
Sent:      Tuesday, March 04, 2003 3:04 PM
To:        'robert.mclaughlin@zurichna.com'
Subject:   Suit

Bob, I wanted you to know that your suit is in. So contact me when you have a chance.
Tracy

*TA1497*

CATEGORY 1

# HALLORAN
## &SAGE LLP
ATTORNEYS AT LAW

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lenega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagarty, Jr.
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Fortner, Jr.
Stephen P. Fogerty
Peter G. Boucher
Steven H. Malitz

John B. Farley
David H. Losce
Mark J. Alternutt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert H. Cox
Thomas P. O'Dea, Jr.
Gregory R. Faulkner
Dan E. LaBelle
Duncan J. Forsyth
Ann M. Catino
James P. Maher
Carl R. Ficks, Jr.

Robert M. Barrack
John W. Dietz
Brian P. Leaming
James C. Stearns*
Theresa W. Hajost***
Mark T. Livesay
Thomas P. Lambert
Reed A. Slatas
Thomas J. Finn
Janice D. Lai
Richard P. Roberts
Robert A. Rhodes
J. Randolph
MacPherson**
Laura Pascale Zaino

Melissa Rotenberg Ancaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Brett M. Szczesny
Alan P. Curto
Kevin J. Greene
James C. Celentano
Kathleen A. St. Onge
N. Kane Bennett
Kristin Alix Herzog
Patrick M. Birney
Bruce J. Gelston

Stephanie J. Sweeney
Peter E. Strniste, Jr.
Steven J. O'Neill****
Stephen H. Broer
Alexci J. Ploceruzyk
Salvatore N. Fornaciari
Kevin R. Brady
Paula Cruz Cedillo
Amy Sargeant Lang
Eric P. Daigle
Maria Alexander
June M. Sullivan
Jeffrey L. Forte
Joshua M. Auxier

Elizabeth E. Hackett
Regen O'Malley
Brian D. Rich
Laine R. Rosenberg
Jonathan C. Sterling
Kimberly E. Wells
Todd R. Regan
John C. Pitblado
Jude Francois
Thomas C. Blatchley
Patrick J. Mulroney

Mary E. Barrow
Kenneth R. Slater, Jr.
John J. Ryan
Michael E. Stanton, Jr.
Michael C. Collins
Lisa M. Kostko

*Admitted in Washington, DC only
**Admitted in Washington, DC and California only
***Admitted in Washington, DC and Maryland only
****Admitted in Massachusetts and State of Washington only

Counsel
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Paul V. Knopf
Alan S. Rubenstein

December 15, 2003

**VIA FACSIMILE & U.S. MAIL CONFIRMAITON**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

Re:  **Tom James Company v Trace Apparel, LLC and J. Tracy Green**
3:03cv00596 (JBA)
H&S File No.: 13233.0001

Dear Peter:

Please allow this correspondence to serve as another reminder of your clients' continuing and affirmative obligation under the Federal Rules of Civil Procedure to maintain and preserve all potentially relevant evidence in the above-referenced matter. When we spoke on Friday, December 12, 2003, you indicated that there have not been any affirmative steps taken to preserve your clients' electronic data, despite our ongoing conferences regarding discovery of your clients' computer data systems and despite the duty to do so pursuant to the Federal Rules.

Although we did receive some printouts of emails from you today, according to your accompanying correspondence, these emails merely reflect those that were currently present on your clients' computer system. Thus, we have no assurance that other relevant and properly discoverable information has not been deleted or otherwise erased from your clients' data systems prior to December 9, 2003, the date upon which these emails appear to have been printed. This is particularly troubling given the number of documents received which were not previously disclosed, despite their relevance and responsiveness to Tom James Company's requests for production.

Again, we ask that you ensure the necessary measures have been taken and remain in place to preserve all discoverable evidence in order to avoid any potential

Page 2

spoliation issues. Should it be found that information has not been properly preserved, it will be retrieved at your clients' expense and we will have no alternative but to seek appropriate sanctions.

Please contact me with any questions or concerns regarding this matter.

Very truly yours,

Thomas J. Finn

TJF/pcc
495336