# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lemega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagarty, Jr.
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Fortner, Jr.
Stephen P. Fogerty
Peter G. Boucher

Steven H. Malitz
John B. Farley
David B. Losee
Mark T. Altermatt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert B. Cox
Thomas P. O'Dea, Jr.
Gregory R. Faulkner
Dan E. LaBelle
Duncan F. Forsyth
Ann M. Catino

James P. Maher
Carl R. Ficks, Jr.
Robert M. Barrack
John W. Dietz
Brian P. Leaming
James C. Stearns*
Theresa W. Hajost**
Mark T. Livesay
Thomas P. Lambert
Reed A. Slatas
Thomas J. Finn
Janice D. Lai
Richard P. Roberts

Robert A. Rhodes
J. Randolph MacPherson*
John S. Rosania
Laura Pascale Zaino
Melissa Rotenberg Arcaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Brett M. Szczesny
Alan P. Curto
Kevin J. Greene
James C. Celentano

Kathleen A. St. Onge
N. Kane Bennett
Kristin Alix Herzog
Patrick M. Birney
Bruce J. Gelston
Stephanie J. Sweeney
Peter E. Strniste, Jr.
Steven J. O'Neill***
Stephen H. Broer
Erik J. Ness
Alexei J. Plocharczyk
Salvatore N. Fornaciari
Kevin R. Brady

Paula Cruz Cedillo
Amy Sargeant Lang
Eric P. Daigle
Maria Alexander
June M. Sullivan
Jeffrey L. Forte
Joshua M. Auxier
Elizabeth E. Hackett
Regen O'Malley
Brian D. Rich
Laurie R. Steinberg
Jonathan C. Sterling
Kimberly F. Wells
Todd R. Regan
Jude Francois
Patrick J. Mulroney

Counsel
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Paul V. Knopf
Alan S. Rubenstein
Mary L. Barrow
Kenneth R. Slater, Jr.
John J. Ryan
Michael K. Stanton, Jr.
Michael C. Collins
Lisa M. Kowtko

*Admitted in Washington, DC only
**Admitted in Washington, DC and Maryland only
***Admitted in Massachusetts and State of Washington only

October 31, 2003

**VIA OVERNIGHT COURIER**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

    Re:    **Tom James Company v Trace Apparel, LLC and J. Tracy Green**
            3:03cv00596 (JBA)
            H&S File No.: 13233.0001

Dear Peter:

    Please allow this correspondence to serve as a reminder of your clients' continuing and affirmative obligation under the Federal Rules to maintain and preserve all potentially relevant evidence in the above-referenced matter. As you are aware, the scope of this duty is broad and encompasses the preservation of all computer-based information and electronic data including, but not limited to, email, portable email devices, word-processing documents, spreadsheets, storage media, and back-up systems which may be the subject of current and/or future discovery requests. This includes any electronic communications with customers before and after Mr. Green's departure from Tom James.

    Please ensure that the necessary measures have been taken and remain in place to preserve all discoverable evidence in order to avoid any potential spoliation issues.

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103   860 522-6103   Fax 860 548-0006   www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C.

Peter S. Olson, Esq.
October 30, 2003
Page 2

Please contact me with any questions or concerns regarding this matter.

Very truly yours,

Thomas J. Finn

TJF/pcc
480454

# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lemega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagarty, Jr.
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Fortner, Jr.
Stephen P. Fogerty
Peter G. Boucher
Steven H. Malitz

John B. Farley
David B. Losee
Mark T. Altermatt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert B. Cox
Thomas P. O'Dea, Jr.
Gregory R. Faulkner
Dan E. LaBelle
Duncan J. Forsyth
Ann M. Catino
James P. Maher
Carl R. Ficks, Jr.

Robert M. Barrack
John W. Dietz
Brian P. Leaming
James C. Stearns*
Theresa W. Hajost***
Mark T. Livesay
Thomas P. Lambert
Reed A. Slatas
Thomas J. Finn
Janice D. Lai
Richard P. Roberts
Robert A. Rhodes
J. Randolph MacPherson**
Laura Pascale Zaino

Melissa Rotenberg Arcaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Brett M. Szczesny
Alan P. Curto
Kevin J. Greene
James C. Celentano
Kathleen A. St. Onge
N. Kane Bennett
Kristin Alix Herzog
Patrick M. Birney
Bruce J. Gelston

Stephanie J. Sweeney
Peter E. Strniste, Jr.
Steven J. O'Neill****
Stephen H. Broer
Alexei J. Plocharczyk
Salvatore N. Fornaciari
Kevin R. Brady
Paula Cruz Cedillo
Amy Sargeant Lang
Eric P. Daigle
Maria Alexander
June M. Sullivan
Jeffrey L. Forte
Joshua M. Auxier

Elizabeth E. Hackett
Regen O'Malley
Brian D. Rich
Laurie R. Steinberg
Jonathan C. Sterling
Kimberly F. Wells
Todd R. Regan
John C. Pitblado
Jude Francois
Thomas C. Blatchley
Patrick J. Mulroney

Counsel
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Paul V. Knopf
Alan S. Rubenstein

Mary L. Barrow
Kenneth R. Slater, Jr
John J. Ryan
Michael K. Stanton, Jr.
Michael C. Collins
Lisa M. Kowtko

*Admitted in Washington, DC only
**Admitted in Washington, DC and California only
***Admitted in Washington, DC and Maryland only
****Admitted in Massachusetts and State of Washington only

December 16, 2003

**VIA FACSIMILE & U.S. MAIL CONFIRMAITON**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

    Re:    **Tom James Company v. Trace Apparel, LLC and J. Tracy Green**
            3:03cv00596 (JBA)
            H&S File No.: 13233.0001

Dear Peter:

    Please be advised that it remains our intention to examine the defendants' computer information in connection with our Rule 34 request. Yesterday, you forwarded to us copies of emails that we have been requesting for weeks in response to Tom James Company's ("Tom James") requests for production. However, this production fails to fully address the issues we have been discussing in our continuing conferences or Tom James' legitimate concerns regarding Trace Apparel LLC's and J. Tracy Green's ("Defendants") incomplete production.

    As you stated in your correspondence of December 15, 2003, the emails produced merely represent those documents that are currently on your clients' computer system. As you are aware, however, Tom James has been concerned with the preservation of relevant evidence and its deletion from Defendants' computer system, and particularly how that translates into Defendants' incomplete disclosure. Indeed, a review of the documents received from John H. Daniel Company in response to the third-party subpoena served upon it solidifies Tom James' concerns that Defendants have not been forthcoming with all relevant and responsive documents. Specifically, there are ten customers represented in John H. Daniel Company's sales orders who are not accounted for in any of Defendants' production. These ten individuals are neither listed on any of the "client lists" produced for Trace Apparel LLC

Peter S. Olson, Esq.
December 16, 2003
Page 2

nor are they represented on Defendants' profit and loss statements. Such a discrepancy is unacceptable in light of Defendants' repeated representations that they have produced all responsive documents.

Accordingly, Tom James believes that its request for access to Defendants' computer files for purposes of recovering deleted files and other relevant information not yet disclosed is reasonable and justified under the circumstances, especially given Defendants' inability to accurately represent that they have produced all responsive documents.

We remind you again of your clients' affirmative obligation under the Federal Rules to maintain and preserve all potentially relevant evidence, yet, unfortunately, we do not believe any measures have been taken to do so. Thus, in order to ensure the preservation of this information from this point forward, we request that we be permitted, at our expense, to mirror image Defendants' hard drives. The parties may then either come to an agreement or seek an order from the Court as to an appropriate manner in which to access this information.

Please contact me to advise whether the Defendants' hard drives are being copied to preserve their information and to further discuss this matter. Thank you.

Very truly yours,

Thomas J. Finn

TJF/pcc
495430



# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lemega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagarty, Jr.
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Fortner, Jr.
Stephen P. Fogerty
Peter G. Boucher
Steven H. Malitz

John B. Farley
David B. Losee
Mark T. Altermatt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert B. Cox
Thomas P. O'Dea, Jr.
Gregory R. Faulkner
Dan E. LaBelle
Duncan J. Forsyth
Ann M. Catino
James P. Maher
Carl R. Ficks, Jr.

Robert M. Barrack
John W. Dietz
Brian P. Leaming
James C. Stearns*
Theresa W. Hajost***
Mark T. Livesay
Thomas P. Lambert
Reed A. Slatas
Thomas J. Finn
Janice D. Lai
Richard P. Roberts
Robert A. Rhodes
J. Randolph
MacPherson**
Laura Pascale Zaino

Melissa Rotenberg Arcaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Brett M. Szczesny
Alan P. Curto
Kevin J. Greene
James C. Celentano
Kathleen A. St. Onge
N. Kane Bennett
Kristin Alix Herzog
Patrick M. Birney
Bruce J. Gelston

Stephanie J. Sweeney
Peter E. Strniste, Jr.
Steven J. O'Neill****
Stephen H. Broer
Alexei J. Plocharczyk
Salvatore N. Fornaciari
Kevin R. Brady
Paula Cruz Cedillo
Amy Sargeant Lang
Eric P. Daigle
Maria Alexander
June M. Sullivan
Jeffrey L. Forte
Joshua M. Auxier

Elizabeth E. Hackett
Regen O'Malley
Brian D. Rich
Laurie R. Steinberg
Jonathan C. Sterling
Kimberly F. Wells
Todd R. Regan
John C. Pitblado
Jude Francois
Thomas C. Blatchley
Patrick J. Mulroney

Counsel
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Paul V. Knopf
Alan S. Rubenstein

Mary L. Barrow
Kenneth R. Slater, Jr.
John J. Ryan
Michael K. Stanton, Jr.
Michael C. Collins
Lisa M. Kowtko

*Admitted in Washington, DC only
**Admitted in Washington, DC and California only
***Admitted in Washington, DC and Maryland only
****Admitted in Massachusetts and State of Washington only

December 17, 2003

**VIA FACSIMILE & U.S. MAIL CONFIRMAITON**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

Re:   **Tom James Company v. Trace Apparel, LLC and J. Tracy Green**
      3:03cv00596 (JBA)
      H&S File No.: 13233.0001

Dear Peter:

In our telephone conversation yesterday, you would not discuss your recent production of emails in response to Tom James' production requests or how these documents will be redacted pursuant to the protective order. Accordingly, we will categorize these documents and redact them in a manner consistent with the requirements of the protective order, and then provide a copy of such documents to you.

Additionally, please contact me as soon as possible to advise whether you will provide Tom James access to your clients' computer files in order to mirror image the hard drives and preserve their information. The defendants' nondisclosure of responsive documents and their admitted failure to preserve relevant information and computer files are unacceptable as well as sanctionable conduct. Tom James' request for such access for purposes of recovering deleted files and other relevant information is critical and justified under the circumstances. Should access not be permitted in a timely manner, we will have no alternative but to seek appropriate relief from the Court. Tom James cannot and will not allow the defendants' dilatory tactics to continue and further compromise the integrity of potential evidence in this matter.

Peter S. Olson, Esq.
December 17, 2003
Page 2

Please contact me to further discuss this matter. Thank you.

Very truly yours,

Thomas J. Finn

TJF/pcc
496055