UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>                    PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>                    DEFENDANTS | CIVIL ACTION NO.<br><br>3:03cv00596 (JBA)<br><br><br><br>December 23, 2003 |

**REQUEST FOR HEARING ON APPLICATION FOR PREJUDGMENT REMEDY**

Pursuant to Conn. Gen. Stat. § 52-278c (g), the defendants J. Tracy Green (hereinafter, "Green") and Trace Apparel (hereinafter, "Trace") hereby request a hearing on the application for prejudgment remedy filed by the plaintiff Tom James Company (hereinafter, "Tom James") [Doc. No. 30]. Green and Trace have filed a preliminary objection to that application [Doc. No. 39], and continue to submit that the application should not be scheduled for a hearing.

However, in the event that the Court decides to proceed with the application at this time, Green and Trace hereby exercise their statutory right to a hearing on the application.

-1-

THE DEFENDANT
J. TRACY GREEN

By: _____//ss//_____
Thomas A. Rouse, Fed. Bar No. ct06128
Peter S. Olson, Fed. Bar No. 16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on December 23, 2003 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____//ss//_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/502037v1