UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | DECEMBER 30, 2003 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), hereby moves this Court for an extension of time in which to file a reply to the defendant's, J. Tracy Green ("Defendant"), Memorandum of Law in Opposition of Motion to Dismiss, dated December 15, 2003 ("Opposition Memorandum"), of ten (10) days, as computed by Rule 6 of the Federal Rules of Civil Procedure, up to and including January 14, 2004.

As good cause for the requested extension of time, Tom James submits that, despite its diligence in preparing a reply to Defendant's Opposition Memorandum, the additional time is necessary to respond fully and properly to the issues set forth therein. Tom James needs the additional time requested in order to evaluate and analyze its position regarding the Opposition Memorandum properly.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is Tom James' first motion for extension of time regarding this matter.

Counsel for Defendant has consented to the requested extension of time.

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the

Court grant its Motion for Extension of Time, dated December 30, 2003, and extend the

deadline for filing a reply to Defendant's Memorandum of Law in Opposition of Motion to

Dismiss, up to and including January 14, 2004.

Dated:  December 30, 2003                   RESPECTFULLY SUBMITTED,
              Hartford, Connecticut
                                            THE PLAINTIFF
                                            TOM JAMES COMPANY

                                            By:_____*Paula Cedillo*_____
                                               Thomas J. Finn
                                               Federal Bar No.: ct 20929
                                               Paula Cruz Cedillo
                                               Federal Bar No.: ct 23485
                                               HALLORAN & SAGE LLP
                                               One Goodwin Square
                                               225 Asylum Street
                                               Hartford, Connecticut 06103
                                               (860) 522-6103

- 2 –

## CERTIFICATION

This is to certify that on this 30th day of December, 2003, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

_Paula Cedillo_
Paula Cruz Cedillo

498608

- 3 –

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105