FILED

DEC 17  3 59 PM '03

DISTRICT COURT
NEW HAVEN CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TOM JAMES COMPANY, | CIVIL ACTION NO. |
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | |
| DEFENDANTS | December 17, 2003 |

### REQUEST FOR PRE-FILING CONFERENCE

Pursuant to the Court's standing order, the defendant J. Tracy Green (hereinafter, "Green") hereby requests that the court schedule a pre-filing conference. Green desires to submit a partial motion for judgment on the pleadings pursuant to Fed. R. Civ. P. R. Rule 12 (c), and requests a conference to discuss the proposed filing.

On May 19, 2003, the plaintiff Tom James Company (hereinafter, "Tom James") filed an Amended Verified Complaint [Doc. No. 4]. That document contained seven counts, the second of which claimed relief based upon an alleged breach of an agreement not to compete. See, Amended Verified Complaint, May

-1-

12/29/03: Motion for Pre-Filing Conference GRANTED. A telephonic pre-filing conference has been set down for January 16, 2004 at 3:30 p.m. Attorney Olson shall initiate the conference call. Chambers: 203-773-2456.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.