UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0596 (JBA) |
| V. | : | |
| TRACE APPAREL LLC and J. TRACY GREEN, | : | |
| Defendants. | : | DECEMBER 30, 2003 |

**MOTION FOR EXTENSION OF TIME ON CONSENT**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), hereby moves this Court for an extension of time in which to file a reply to the defendant's, J. Tracy Green ("Defendant"), Memorandum of Law in Opposition of Motion to Dismiss, dated December 15, 2003 ("Opposition Memorandum"), of ten (10) days, as computed by Rule 6 of the Federal Rules of Civil Procedure, up to and including January 14, 2004.

As good cause for the requested extension of time, Tom James submits that, despite its diligence in preparing a reply to Defendant's Opposition Memorandum, the additional time is necessary to respond fully and properly to the issues set forth therein. Tom James needs the additional time requested in order to evaluate and analyze its position regarding the Opposition Memorandum properly.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

[Handwritten annotations in margins: "45", "Jan 5", "1/7/04 - Granted to 1/14/04, absent objection", "1/14/04"]