UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY | : | FILED |
| v. | : | NO. 3:03cv596(JBA)  3  04 PM '04 |
| J. TRACY GREEN, ET AL | : | U.S. DISTRICT COURT<br>NEW HAVEN, CONN |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

- Settlement Conference:
  *(Orefmisc.cnf)*

✔ - Supervising discovery and resolving discovery disputes:
  *(Orefmisc.dscv)*
  **Including Motion to Compel [doc. #40].**

- Ruling On:
  *(Orefm.)*

- Referred for hearing:
  *(Orefcs.)*

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **January 08, 2004**