UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TOM JAMES COMPANY               :               FILED

v.                              :    NO. 3:03cv596 (JBA)  3 05 PM '04

J. TRACY GREEN, ET AL           :               U.S. DISTRICT COURT
                                                NEW HAVEN, CONN.

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

- Settlement Conference:
  *(Orefmisc.cnf)*

- Supervising discovery and resolving discovery disputes:
  *(Orefmisc.dscv)*

✔ - Ruling On:
  *Application for Prejudgment Remedy [doc. #30].*
  *(Orefm.)*

- Referred for hearing:
  *(Orefcs.)*

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **January 08, 2004**