# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>                              PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>                              DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>January 13, 2004 |

## AFFIDAVIT OF PETER S. OLSON IN OPPOSITION TO
## MOTION TO COMPEL ELECTRONIC DISCOVERY

| | |
|---|---|
| STATE OF CONNECTICUT<br><br>COUNTY OF FAIRFIELD | ss.  Bridgeport, January 13, 2004 |

The undersigned, being duly sworn, deposes and says:

1.  I am over the age of eighteen and I understand the obligation of an oath.

2.  I have been a member of the Bar of the States of Connecticut and Maine since 1995, and have been admitted to practice before this Court since 1996.

3.  Since the inception of this action, I have maintained an appearance on behalf of the defendants J. Tracy Green and Trace Apparel, LLC.

4.  A true and accurate copy of a letter from Thomas J. Finn to Peter S. Olson dated November 7, 2003 is attached hereto as Exhibit A.

5.  I first received the November 7, 2003 letter by facsimile on Friday, November 7, 2003 at 4:02 p.m.

6.  A true and accurate copy of a letter from Peter S. Olson to Thomas J. Finn dated November 10, 2003 is attached hereto as Exhibit B.

-1-

7.  On November 11, 2003, I met with Tom James' counsel to redact information from paper documents produced in discovery. During that conference, we discussed Tom James' demand in theoretical terms. Attorney Finn was unwilling to agree to any procedure for the production of electronic data that allowed Green and Trace's counsel the opportunity to have the first review of the data retrieved from any storage media, and decide whether it was privileged and/or responsive to any discovery request.

8.  Subsequent to that conference, I had additional telephone conferences with Attorney Finn concerning Tom James' demands for access.  At no time did Attorney Finn agree to any procedure that would protect Green and Trace's rights under the federal rules.

9.  A true and accurate copy of a letter from Thomas J. Finn to Peter S. Olson dated December 3, 2003 is attached hereto as Exhibit C.

10.  A true and accurate copy of a letter from Thomas J. Finn to Peter S. Olson dated December 15, 2003 is attached hereto as Exhibit D.

11.  A true and accurate copy of a letter from Thomas J. Finn to Peter S. Olson dated December 16, 2003 is attached hereto as Exhibit E.

12.  A true and accurate copy of a letter from Thomas J. Finn to Peter S. Olson dated December 17, 2003 is attached hereto as Exhibit F.

13.  I have reviewed paragraphs 4 and 6 of the Affidavit of Thomas J. Finn, December 18, 2003 [Doc. No. 43].

14.  At no time during my discussions with Attorney Finn did I state that relevant or responsive e-mails had been deleted from Green and/or Trace's computer system, or that efforts to maintain data had not been undertaken.

15.  During the December 14, 2003 telephone conference referred to Paragraph 6 of in Attorney Finn's affidavit, I specifically declined to discuss the preservation issue on the telephone, since I did not want to discuss the matter in an off-the-cuff manner.

16.  A true and accurate copy of a letter from Peter S. Olson to Thomas J. Finn dated December 15, 2003 is attached hereto as Exhibit G.

_____
Peter S. Olson

Subscribed and sworn to before me
this 13th day of January, 2003

_____

Notary Public/
Commissioner of the Superior Court

CAROL P. SANFORD
NOTARY PUBLIC
MY COMMISSION EXPIRES OCTOBER 31, 2004

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on January 13, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

      Thomas J. Finn
      Paula Cruz Cedillo
      Halloran & Sage LLP
      One Goodwin Square
      225 Asylum Street
      Hartford, Connecticut 06103
      860.522.6103
      Facsimile 860.548.0006

                                  Thomas A. Rouse, Fed. Bar No. ct01326
                                  Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/503725v1

-4-

*EXHIBIT* A

# HALLORAN
# &SAGE LLP

A T T O R N E Y S   A T   L A W

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lemega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagarty, Jr.
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Fortner, Jr.
Stephen P. Fogerty
Peter G. Boucher

Steven H. Malitz
John B. Farley
Mark T. Altermatt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert B. Cox
Thomas P. O'Dea, Jr.
Gregory R. Faulkner
Dan E. LaBelle
Duncan J. Forsyth
Ann M. Catino

James P. Maher
Carl R. Ficks, Jr.
Robert M. Barrack
John W. Dietz
Brian P. Leaming
James C. Stearns*
Theresa W. Hajost**
Mark T. Livesay
Thomas P. Lambert
Reed A. Slatas
Thomas J. Finn
Janice D. Lai
Richard P. Roberts

Robert A. Rhodes
J. Randolph MacPherson*
John S. Rosania
Laura Pascale Zaino
Melissa Rotenberg Arcaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Brett M. Szczesny
Alan P. Curto
Kevin J. Greene
James C. Celentano

Kathleen A. St. Onge
N. Kane Bennett
Kristin Alix Herzog
Patrick M. Birney
Bruce J. Gelston
Stephanie J. Sweeney
Peter E. Strniste, Jr.
Steven J. O'Neill***
Stephen H. Broer
Erik J. Ness
Alexei J. Plocharczyk
Salvatore N. Fornaciari
Kevin R. Brady

Paula Cruz Cedillo
Amy Sargeant Lang
Maria Alexander
Eric P. Daigle
June M. Sullivan
Jeffrey L. Forte
Joshua M. Auxier
Elizabeth E. Hackett
Regen O'Malley
Brian D. Rich
Laurie R. Steinberg
Jonathan C. Sterling
Kimberly F. Wells
Todd R. Regan
Jude Francois
Patrick J. Mulroney

Counsel
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Paul V. Knopf
Alan S. Rubenstein
Mary L. Barrow
Kenneth R. Slater, Jr.
John J. Ryan
Michael K. Stanton, Jr.
Michael C. Collins
Lisa R. Kowtko

*Admitted in Washington, DC
only
**Admitted in Washington, DC
and Maryland only
***Admitted in Massachusetts and
State of Washington only

November 7, 2003

**VIA FACSIMILE AND OVERNIGHT COURIER**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

      Re:    **Tom James Company v Trace Apparel, LLC and J. Tracy Green**
               3:03cv00596 (JBA)
               H&S File No.: 13233.0001

Dear Peter:

In connection with our Rule 34 request, we are going to be examining all the defendants' computer information, including all hard drives, computers, e-mail systems, portable devices, and any other data compilation Tracy Green used or uses in connection with his business or the business of Trace Apparel, LLC. We will agree that this information is subject to the Protective Order entered in this case on November 6, 2003.

We will have a third party expert examine this information. Please deliver to our office on Tuesday, November 11, 2003, no later than 5:00 p.m., or otherwise make available for inspection, all computers, portable e-mail devices, and any other electronic equipment that stores or stored data and computerized information, for examination by our third party expert.

Our third party expert, as well as Tom James' corporate counsel, will be traveling to Hartford from out of state for this examination. Therefore, to the extent that there is any late cancellation of the scheduled date, we will seek to have Mr. Green reimburse us for any travel expenses and expert fees in connection with this examination.

Peter S. Olson, Esq.
November 7, 2003
Page 2

Please contact me with any questions regarding this matter.  Thank you.

Very truly yours,

Thomas J. Finn

TJF/slw

482937

*EXHIBIT* B

# PULLMAN & COMLEY, LLC

*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DeFONCE LAPERA

MICHAEL N. LaVELLE
JOSEPH H. LODATO
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD J. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN
JAMES T. SHEARIN

H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
DIANE W. WHITNEY
MARJORIE WILDER
SAMUEL A. GILLILAND
(1930-1994)
LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN

AMY A. D'ADDETTA
JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
LEE D. HOFFMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
LORILYN M. ROSALES
LORI L. UNDERBERGER
GWEN F. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:      Bridgeport
Telephone:   203.330.2257
E-Mail:       polson@pullcom.com

November 10, 2003

Thomas J. Finn
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT  06103-4303

  **Re: Tom James Company v. J. Tracey Green, et al.**

Dear Tom:

This letter is in response to your letter of November 7, 2003, which I first received by facsimile at 4:02 p.m. on Friday, November 7, 2003, and was followed up by an original which I received this morning by Federal Express.

I am not sure whether to interpret the request contained in your letter as (a) a new request for production under Rule 34, or (b) an attempt to obtain production in addition to that already provided pursuant to your previous request under Rule 34. Either way, I do not believe that the rules of procedure support your request.

If your request is to be construed as a request for production under Rule 34, then I would have to assert a number of objections to the request.

First, your proposed procedure to allow a third party "expert" to obtain any documents from my clients' computers in the presence of <u>your</u> client provides absolutely no safeguards for any applicable privileges. Since I have no idea what may be on the computers' storage systems, there would be no way to adequately protect whatever privilege may be exist.

Second, simply turning over the computers would give you and your client access to any number of items stored on the computers that are simply unrelated to this litigation. Accordingly, your request is clearly overly broad.

Third, your letter of November 7, 2003 proposed an unreasonably short deadline to comply with this objectionable request, by demanding production by November 11,

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT  06601-7006  (203) 330-2000  FAX (203) 576-8888
90 STATE HOUSE SQUARE  HARTFORD, CT  06103-3702  (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
720 HOPMEADOW STREET  SIMSBURY, CT  06070-2225  (860) 651-9348  FAX (860) 651-1431
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT  06890-0510  (203) 254-5000  FAX (203) 254-5070
300 ATLANTIC STREET  STAMFORD, CT  06901-3522  (203) 324-5000  FAX (203) 363-8659
*www.pullcom.com*

PULLMAN & COMLEY, LLC

Page 2

2003. Obviously, the rules would provide at least thirty (30) days for a response, and would certainly permit me an opportunity to bring these issues before the court.

If your request is to be construed as an attempt to secure additional production under your previous request, I have a number of similar and a few additional problems with the request. Obviously, the same concerns apply that your proposed procedure provides no opportunity to protect any privileges and is overly broad.

Additionally, and perhaps most importantly, your request could be considered to be in contravention of the rules that require counsel to confer in a good faith attempt to resolve discovery requests. I do not believe that you have any right to the unfettered review of my clients' computers, unless you can demonstrate that there is some manner in which our previous production is not responsive to your requests. Obviously, your letter does not address this concern in any way, and we only touched on the issue in our telephone conference.

Finally, applicable whether your letter is construed as a new request or in furtherance of a previous request, is the effect that production of the computers will have on my clients' business operations.

I do not want this response to be perceived as a lack of cooperation on my part. My client is very interested in a prompt, inexpensive, resolution of this litigation, and creating discovery disputes does not further that goal. Nevertheless, I can not agree to carte blanche access to my client's records.

I believe that we will have to have further discussions concerning this issue. If you believe that our previous responses were inadequate, please identify what additional information you believe should have been produced so that we may make a good faith effort to respond to those concerns. If, after that process, you still believe that there is additional information that can be secured from the computers, we can either agree to a procedure that protects my clients' concerns, or we can put the issue to Judge Arterton.

If you believe that this should be construed as a new request, please let me know as soon as possible so that I may file the appropriate objections with the court.

PULLMAN & COMLEY, LLC

Page 3


Should you have any questions, please feel free to give me a call.

Sincerely yours,

Peter S. Olson

PSO:mrd

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

| | | | |
|---|---|---|---|
| ELIZABETH J. AUSTIN | MICHAEL N. LAVELLE | H. WILLIAM SHURE | AMY A. D'ADDETTA |
| RAYMOND E. BALDWIN, JR. | JOSEPH M. LODATO | CHRISTOPHER J. SMITH | JOSHUA A. DOLGER |
| MORRIS W. BANKS | LISA A. MAGLIOCHETTI | JOHN F. STAFSTROM, JR. | ERIC J. GEORGE |
| COLLIN P. BARON | THOMAS F. MAXWELL, JR. | JAMES B. STEWART | DARYL L. GORDON |
| DEBORAH S. BRECK | EDWARD P. MCCREERY, III | GROVE W. STODDARD | JESSICA GROSSARTH |
| CHARLES K. CAMPBELL, JR. | ANDREW J. MCDONALD | MARSHALL J. TOUPONSE | MATTHEW M. HAUSMAN |
| FRANK B. CLEARY | ROBERT B. MITCHELL | JAMES W. VENMAN | LEE D. HOFFMAN |
| SHEILA ANNE DENTON | HERBERT H. MOORIN | WILLIAM J. WENZEL | TRACY WHEELER LENNON |
| JAMES G. DOWLING, JR. | D. ROBERT MORRIS | BARRIE K. WETSTONE | MATTHEW P. LUNDY |
| ANDREW C. GLASSMAN | ALAN S. PARKER | JAMES E WHITE, JR. | NORMA R. MANDULAK |
| LAWRENCE J. GOLDEN | MARIE V. PHELAN | DIANE W. WHITNEY | JULIE A. MORGAN |
| IRVE J. GOLDMAN | ELLIOTT B. POLLACK | MARJORIE WILDER | PETER S. OLSON |
| BARRY D. GREENE | MICHAEL G. PROCTOR | | GERALD C. HA, JR. |
| NANCY A. D. HANCOCK | LEWIS RABINOVITZ | SAMUEL A. GILLILAND | MARY BETH KASPER RAPICE |
| JOSHUA A. HAWKS-LADDS | RICHARD C. ROBINSON | (1930-1994) | BRIAN C. ROCHE |
| DAVID O. JACKSON | THOMAS A. ROUSE | | LORI L. UNDERBERGER |
| GEORGE J. KASPER | GREGORY F. SERVODIDIO | LAURA A. BELLOTTI | GWEN P. WEISBERG |
| JOHN J. KINDL | RONALD CASE SHARP | CHRISTIAN G. BELTZ | MICHAEL L. WOLF |
| MICHAEL A. KURS | MARGARET M. SHEAHAN | ALLISON M. BOGOSIAN | AIMEE J. WOOD |
| NANCY DiFONCE LAPERA | JAMES T. SHEARIN | KATHERINE E. CAULFIELD | |
| | | ADAM J. COHEN | |

Reply to:      **Bridgeport**
Telephone:  **203.330.2257**
E-Mail:        **polson@pullcom.com**

---

| | |
|---|---|
| TRANSMITTAL DATE: | November 10, 2003 |
| PLEASE DELIVER TO: | Thomas J. Finn |
| PLACE TRANSMITTING TO: | Halloran & Sage, LLP |
| FACSIMILE NUMBER: | (860)548-0006 |

---

| | |
|---|---|
| FROM: | Peter S. Olson |
| RETURN FACSIMILE NUMBER: | 203.576.8888 |
| NUMBER OF PAGES W/ COVER SHEET: | 4 |
| OUR FILE NUMBER: | 67708.2 |
| OPERATOR: Mary Dean 203.330.2214 | |

---

## CONFIDENTIALITY NOTE:

THE INFORMATION CONTAINED IN THIS TELEFACSIMILE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.  IF YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR DELIVERING THIS TELEFACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS TELEFACSIMILE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY, LLC BY TELEPHONE AT (203) 330-2000, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS, VIA MAIL.  WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO.  THANK YOU.

---

Attachments:


Message:


BPRT/67708.2/PSO/497490v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000 FAX (203) 576-8888
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06890-0510  (203) 254-5000  FAX (203) 254-5070
300 ATLANTIC STREET  STAMFORD, CT 06901-3522  (203) 324-5000  FAX (203) 363-8659
*www.pullcom.com*

```
************ -COMM. JOURNAL- ************ DATE NOV-10-2003 ***** TIME 12:02 ********
```

MODE = MEMORY TRANSMISSION          START=NOV-10 11:59    END=NOV-10 12:02

FILE NO.=440

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ā | 18605480006# | 004/004 | 00:01:49 |

```
                                                -PULLMAN & COMLEY-        --
*************************************** -PULLMAN & COMLEY- ****** -      203 576 8888- ***********
```

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

Reply to:    Bridgeport
Telephone:   203.330.2257
E-Mail:     polson@pullcom.com

| | |
|---|---|
| TRANSMITTAL DATE: | November 10, 2003 |
| PLEASE DELIVER TO: | Thomas J. Finn |
| PLACE TRANSMITTING TO: | Halloran & Sage, LLP |
| FACSIMILE NUMBER: | (860)548-0006 |
| FROM: | Peter S. Olson |
| RETURN FACSIMILE NUMBER: | 203.576.8888 |
| NUMBER OF PAGES W/ COVER SHEET: | 4 |
| OUR FILE NUMBER: | 67708.2 |
| OPERATOR: | Mary Dean 203.330.2214 |

## CONFIDENTIALITY NOTE:

THE INFORMATION CONTAINED IN THIS TELEFACSIMILE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER. IF YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR DELIVERING THIS TELEFACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS TELEFACSIMILE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY, LLC BY TELEPHONE AT (203) 330-2000, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS, VIA MAIL. WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO. THANK YOU.

Attachments:

Message:

BPRT/67708.2/PSO/497490v1

850 MAIN STREET P.O. BOX 7006 BRIDGEPORT, CT 06601-7006 (203) 330-2000 FAX (203) 576-8888
90 STATE HOUSE SQUARE HARTFORD, CT 06103-3702 (860) 424-4300 FAX (860) 424-4370
ONE CENTURY TOWER 265 CHURCH STREET NEW HAVEN, CT 06510-7000 (203) 773-3006 FAX (203) 776-7075
720 HOPMEADOW STREET SIMSBURY, CT 06070-2225 (860) 651-9348 FAX (860) 651-1431
200 PEQUOT AVENUE P.O. BOX 810 SOUTHPORT, CT 06890-0510 (203) 254-5000 FAX (203) 254-5070
300 ATLANTIC STREET STAMFORD, CT 06901-3522 (203) 324-5000 FAX (203) 363-8659
www.pullcom.com

*EXHIBIT* "C"

# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lemega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagarty, Jr.
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Fortner, Jr.
Stephen P. Fogerty
Peter G. Boucher

Steven H. Malitz
John B. Farley
David B. Losee
Mark T. Altermatt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert B. Cox
Thomas P. O'Dea, Jr.
Gregory R. Faulkner
Dan E. LaBelle
Duncan J. Forsyth
Ann M. Catino

James P. Maher
Carl R. Ficks, Jr.
Robert M. Barrack
John W. Dietz
Brian P. Leaming
James C. Stearns*
Theresa W. Hajost**
Mark T. Livesay
Thomas P. Lambert
Reed A. Slatas
Thomas J. Finn
Janice D. Lai
Richard P. Roberts

Robert A. Rhodes
J. Randolph MacPherson*
John S. Rosania
Laura Pascale Zaino
Melissa Rotenberg Arcaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Brett M. Szczesny
Alan P. Curto
Kevin J. Greene
James C. Celentano

Kathleen A. St. Onge
N. Kane Bennett
Kristin Alix Herzog
Patrick M. Birney
Bruce J. Gelston
Stephanie J. Sweeney
Peter E. Strniste, Jr.
Steven J. O'Neill***
Stephen H. Broer
Erik J. Ness
Alexei J. Plocharczyk
Salvatore N. Fornaciari
Kevin R. Brady

Paula Cruz Cedillo
Amy Sargeant Lang
Maria Alexander
June M. Sullivan
Eric P. Daigle
Jeffrey L. Forte
Joshua M. Auxier
Elizabeth E. Hackett
Regen O'Malley
Brian D. Rich
Laurie R. Steinberg
Jonathan C. Sterling
Kimberly F. Wells
Todd R. Regan
Jude Francois
Patrick J. Mulroney

Counsel
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Alan S. Rubenstein
Paul V. Knopf
Mary L. Barrow
Kenneth R. Slater, Jr.
John J. Ryan
Michael K. Stanton, Jr.
Michael C. Collins
Lisa M. Kowtko

*Admitted in Washington, DC only
**Admitted in Washington, DC and Maryland only
***Admitted in Massachusetts and State of Washington only

December 3, 2003

**VIA FACSIMILE & U.S. MAIL CONFIRMATION**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

      Re:   **Tom James Company v Trace Apparel, LLC and J. Tracy Green**
           3:03cv00596 (JBA)
           H&S File No.: 13233.0001

Dear Peter:

On November 20, 2003 you indicated that you would endeavor to provide us with Mr. Green's emails and his complete quick book file by Monday, November 24, 2003. As you are aware, that information was not provided to us on the 24th and we are still waiting for you to provide that information. As you also are aware, this information was covered by our original request for production, which was served on the defendants on August 13, 2003.

Could you please provide me with the date in which you believe you will provide this information to me. In addition, we need to settle on an electronic data recovery procedure if we wish to avoid motion practice. If you have any questions, or need to discuss this matter, please do not hesitate to contact me. Thank you.

Very truly yours,

Thomas J. Finn

TJF/slw
Enclosures

491413

*EXHIBIT* D

# HALLORAN
# &SAGE LLP

A T T O R N E Y S   A T   L A W

| | | | | | |
|---|---|---|---|---|---|
| Joseph G. Lynch | John B. Farley | | | | Elizabeth E. Hackett | Mary L. Barrow |
| Joseph T. Sweeney | David B. Losee | | | | Regen O'Malley | Kenneth R. Slater, Jr. |
| George Royster | Mark T. Altermatt | | | | Brian D. Rich | John J. Ryan |
| John W. Lemega | Henry M. Beck, Jr. | Robert M. Barrack | Melissa Rotenberg Arcaro | Stephanie J. Sweeney | Laurie R. Steinberg | Michael K. Stanton, Jr. |
| Vincent M. Marino | Susan O'Donnell | John W. Dietz | Ralph W. Johnson, III | Peter E. Strniste, Jr. | Jonathan C. Sterling | Michael C. Collins |
| Richard C. Tynan | Bruce H. Raymond | Brian P. Leaming | Martin A. Onorato | Steven J. O'Neill**** | Kimberly F. Wells | Lisa M. Kowtko |
| William P. Borchert | Kevin M. Roche | James C. Stearns* | Jeffrey F. Gostyla | Stephen H. Broer | Todd R. Regan | |
| Thomas J. Hagarty, Jr. | David G. Hill | Theresa W. Hajost*** | James V. Somers | Alexei J. Plocharczyk | John C. Pitblado | |
| Brian J. Donnell | Daniel P. Scapellati | Mark T. Livesay | Brett M. Szczesny | Salvatore N. Fornaciari | Jude Francois | *Admitted in Washington, DC |
| James J. Szerejko | James M. Sconzo | Thomas P. Lambert | Alan P. Curto | Kevin R. Brady | Thomas C. Blatchley | only |
| William J. McGrath, Jr. | Robert B. Cox | Reed A. Slatas | Kevin J. Greene | Paula Cruz Cedillo | Patrick J. Mulroney | **Admitted in Washington, DC |
| Dennis C. Cavanaugh | Thomas P. O'Dea, Jr. | Thomas J. Finn | James C. Celentano | Amy Sargeant Lang | | and California only |
| Christopher J. Lynch | Gregory R. Faulkner | Janice D. Lai | Kathleen A. St. Onge | Eric P. Daigle | Counsel | ***Admitted in Washington, DC |
| Paul D. Meade | Dan E. LaBelle | Richard P. Roberts | N. Kane Bennett | Maria Alexander | Irwin D. Mittelman | and Maryland only |
| Joseph G. Fortner, Jr. | Duncan J. Forsyth | Robert A. Rhodes | Kristin Alix Herzog | June M. Sullivan | Arthur P. McGowan, Jr. | ****Admitted in Massachusetts |
| Stephen P. Fogerty | Ann M. Catino | J. Randolph | Patrick M. Birney | Jeffrey L. Forte | Robert C. Engstrom | and State of Washington only |
| Peter G. Boucher | James P. Maher | MacPherson** | Bruce J. Gelston | Joshua M. Auxier | Paul V. Knopf | |
| Steven H. Malitz | Carl R. Ficks, Jr. | Laura Pascale Zaino | | | Alan S. Rubenstein | |

December 15, 2003

**VIA FACSIMILE & U.S. MAIL CONFIRMAITON**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

> Re:   **Tom James Company v Trace Apparel, LLC and J. Tracy Green**
> 3:03cv00596 (JBA)
> H&S File No.: 13233.0001

Dear Peter:

Please allow this correspondence to serve as another reminder of your clients'
continuing and affirmative obligation under the Federal Rules of Civil Procedure to
maintain and preserve all potentially relevant evidence in the above-referenced matter.
When we spoke on Friday, December 12, 2003, you indicated that there have not been
any affirmative steps taken to preserve your clients' electronic data, despite our ongoing
conferences regarding discovery of your clients' computer data systems and despite the
duty to do so pursuant to the Federal Rules.

Although we did receive some printouts of emails from you today, according to
*your accompanying correspondence, these emails merely reflect those that were*
currently present on your clients' computer system.  Thus, we have no assurance that
other relevant and properly discoverable information has not been deleted or otherwise
erased from your clients' data systems prior to December 9, 2003, the date upon which
these emails appear to have been printed.  This is particularly troubling given the
number of documents received which were not previously disclosed, despite their
relevance and responsiveness to Tom James Company's requests for production.

Again, we ask that you ensure the necessary measures have been taken and
remain in place to preserve all discoverable evidence in order to avoid any potential

Page 2

spoliation issues.  Should it be found that information has not been properly preserved, it will be retrieved at your clients' expense and we will have no alternative but to seek appropriate sanctions.

Please contact me with any questions or concerns regarding this matter.

Very truly yours,

Thomas J. Finn

TJF/pcc
495336

*EXHIBIT* E

# HALLORAN
# &SAGE LLP

### ATTORNEYS AT LAW

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lemega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagarty, Jr.
Paul V. Knopf
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Fortner, Jr.
Stephen P. Fogerty
Peter G. Boucher

Steven H. Malitz
John B. Farley
David B. Losee
Mark T. Altermatt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert B. Cox
Thomas P. O'Dea, Jr.
Gregory A. Faulkner
Dan E. LaBelle
Duncan J. Forsyth
Ann M. Catino
James P. Maher

Carl R. Ficks, Jr.
Robert M. Barrack
John W. Dietz
Brian P. Leaming
James C. Stearns*
Theresa W. Hajost**
Mark T. Livesay
Thomas P. Lambert
Reed A. Shaw
Thomas J. Finn
Janice D. Lai
Richard P. Roberts
John S. Rosmia
Robert A. Rhodes

Laura Pascale Zaino
Melissa Rotenberg Arcaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Elizabeth A. Fitzsimmons
Brett M. Szczesny
Alan P. Curto
Kevin J. Greene
Mark R. Giuliani
N. Kane Bennett
Kristin Alix Herzog
Lori D. DiBella

Alexis E. Cruz
Patrick M. Birney
Bruce J. Gebron
Stephanie J. Sweeney
Gregory K. Holness
Peter E. Strniste, Jr.
Stephen H. Broer
Erik J. Ness
Alexei J. Plocharczyk
Andrew D. Moore
Salvatore N. Fornaciari
Kevin R. Brady
Christopher M. Parent
Paula Cruz Cedillo

Amy Sargeant Lang
Kristi E. Mackin
Eric P. Daigle
Maria Alexander
June M. Sullivan
Elizabeth E. Hackett
Brian D. Rich
Laurie R. Steinberg
Jonathan C. Sterling
Kimberly F. Wells

Counsel
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Alan S. Rubenstein
Mary L. Barrow
Gina L. Schaecher***

Kenneth R. Slater, Jr.
John J. Ryan
Michael K. Stanton, Jr.
Lisa M. Kowtko
Annmarie P. Briones

*Admitted in Washington, DC only
**Admitted in Washington, DC
and Maryland only
***Admitted in Washington, DC
and Nebraska only

## FAX COVER SHEET

| | | |
|---|---|---|
| **TO** | : | Peter S. Olson, Esq. |
| **FROM** | : | Thomas J. Finn |
| **FAX NUMBER** | : | 203-576-8888 |
| **FILE NUMBER** | : | 13233.0001 |
| **DATE** | : | December 16, 2003 |

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET: 3**

**MESSAGE:** Rule 34 request

**ORIGINAL WILL NOT FOLLOW**

**ORIGINAL WILL FOLLOW BY REGULAR U.S. FIRST CLASS MAIL**        OTHER

     IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (860) 522-6103.

CONFIDENTIALITY: THE INFORMATION
CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY NAMED ABOVE AND IS PRIVILEGED AND CONFIDENTIAL. ANY DISSEMINATION, DISTRIBUTION,
OR COPY OF THIS COMMUNICATION OTHER THAN TO THE INDIVIDUAL OR ENTITY NAMED ABOVE IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US
IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE (AND ANY COPIES) TO THE
SENDER ABOVE. THANK YOU FOR YOUR ASSISTANCE.

432120.1(HSFP)

# HALLORAN & SAGE LLP

### ATTORNEYS AT LAW

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lemega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagerty, Jr.
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Former, Jr.
Stephen P. Fogerty
Peter G. Boucher
Steven H. Malitz

John B. Farley
David B. Losee
Mark T. Altermatt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert B. Cox
Thomas P. O'Dea, Jr.
Gregory R. Faulkner
Dan E. LaBelle
Duncan J. Forsyth
Ann M. Catino
James P. Maher
Carl R. Ficks, Jr.

Robert M. Barrack
John W. Dietz
Brian P. Learning
James C. Stearns*
Theresa W. Hajost***
Mark T. Livesay
Thomas P. Lambert
Reed A. Slatas
Thomas J. Finn
Janice D. Lai
Richard T. Roberts
Robert A. Rhodes
J. Randolph
MacPherson**
Laura Pascale Zaino

Melissa Rotenberg Arcaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Brett M. Szezemy
Alan P. Curto
Kevin J. Greene
James C. Celentano
Kathleen A. St. Onge
N. Kane Bennett
Kristin Alix Herzog
Patrick M. Birney
Bruce J. Gelston

Stephanie J. Sweeney
Peter E. Strniste, Jr.
Steven J. O'Neill****
Stephen H. Broer
Alexei J. Plocharczyk
Salvatore N. Fornaciari
Kevin R. Brady
Paula Cruz Cedillo
Amy Sargeant Lang
Eric P. Daigle
Maria Alexander
June M. Sullivan
Jeffrey L. Forte
Joshua M. Auxier

Elizabeth E. Hacken
Regen O'Malley
Brian D. Rich
Laurie R. Steinberg
Jonathan C. Sterling
Kimberly F. Wells
Todd R. Regan
John C. Pitblado
Jude Francois
Thomas C. Blatchley
Patrick J. Mulroney

_Counsel_
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Paul V. Knopf
Alan S. Rubenstein

Mary L. Barrow
Kenneth R. Slater, Jr.
John J. Ryan
Michael K. Stanton, Jr.
Michael C. Collins
Lisa M. Kowtko

*Admitted in Washington, DC only
**Admitted in Washington, DC and California only
***Admitted in Washington, DC and Maryland only
****Admitted in Massachusetts and State of Washington only

December 16, 2003

**VIA FACSIMILE & U.S. MAIL CONFIRMAITON**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

Re:    Tom James Company v. Trace Apparel, LLC and J. Tracy Green
          3:03cv00596 (JBA)
          H&S File No.: 13233.0001

Dear Peter:

Please be advised that it remains our intention to examine the defendants' computer information in connection with our Rule 34 request. Yesterday, you forwarded to us copies of emails that we have been requesting for weeks in response to Tom James Company's ("Tom James") requests for production. However, this production fails to fully address the issues we have been discussing in our continuing conferences or Tom James' legitimate concerns regarding Trace Apparel LLC's and J. Tracy Green's ("Defendants") incomplete production.

As you stated in your correspondence of December 15, 2003, the emails produced merely represent those documents that are currently on your clients' computer system. As you are aware, however, Tom James has been concerned with the preservation of relevant evidence and its deletion from Defendants' computer system, and particularly how that translates into Defendants' incomplete disclosure. Indeed, a review of the documents received from John H. Daniel Company in response to the third-party subpoena served upon it solidifies Tom James' concerns that Defendants have not been forthcoming with all relevant and responsive documents. Specifically, there are ten customers represented in John H. Daniel Company's sales orders who are not accounted for in any of Defendants' production. These ten individuals are neither listed on any of the "client lists" produced for Trace Apparel LLC

Peter S. Olson, Esq.
December 16, 2003
Page 2

nor are they represented on Defendants' profit and loss statements. Such a
discrepancy is unacceptable in light of Defendants' repeated representations that they
have produced all responsive documents.

Accordingly, Tom James believes that its request for access to Defendants'
computer files for purposes of recovering deleted files and other relevant information not
yet disclosed is reasonable and justified under the circumstances, especially given
Defendants' inability to accurately represent that they have produced all responsive
documents.

We remind you again of your clients' affirmative obligation under the Federal
Rules to maintain and preserve all potentially relevant evidence, yet, unfortunately, we
do not believe any measures have been taken to do so. Thus, in order to ensure the
preservation of this information from this point forward, we request that we be permitted,
at our expense, to mirror image Defendants' hard drives. The parties may then either
come to an agreement or seek an order from the Court as to an appropriate manner in
which to access this information.

Please contact me to advise whether the Defendants' hard drives are being
copied to preserve their information and to further discuss this matter. Thank you.

Very truly yours,

Thomas J. Finn

TJF/pcc
495430

*EXHIBIT* F

# HALLORAN
# &SAGE LLP

ATTORNEYS   AT   LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| Joseph G. Lynch | John B. Farley | | | | Elizabeth E. Hackett | Mary L. Barrow |
| Joseph T. Sweeney | David B. Losee | | | | Regen O'Malley | Kenneth R. Slater, Jr. |
| George Royster | Mark T. Altermatt | | | | Brian D. Rich | John J. Ryan |
| John W. Lemega | Henry M. Beck, Jr. | | | | Laurie R. Steinberg | Michael K. Stanton, Jr. |
| Vincent M. Marino | Susan O'Donnell | Robert M. Barrack | Melissa Rotenberg Arcaro | Stephanie J. Sweeney | Jonathan C. Sterling | Michael C. Collins |
| Richard C. Tynan | Bruce H. Raymond | John W. Dietz | Ralph W. Johnson, III | Peter E. Strniste, Jr. | Kimberly F. Wells | Lisa M. Kowtko |
| William P. Borchert | Kevin M. Roche | Brian P. Leaming | Martin A. Onorato | Steven J. O'Neill**** | Todd R. Regan | |
| Thomas J. Hagarty, Jr. | David G. Hill | James C. Stearns* | Jeffrey F. Gostyla | Stephen H. Broer | John C. Pitblado | |
| Brian J. Donnell | Daniel P. Scapellati | Theresa W. Hajost*** | James V. Somers | Alexei J. Plocharczyk | Jude Francois | *Admitted in Washington, DC |
| James J. Szerejko | James M. Sconzo | Mark T. Livesay | Brett M. Szczesny | Salvatore N. Fornaciari | Thomas C. Blatchley | only |
| William J. McGrath, Jr. | Robert B. Cox | Thomas P. Lambert | Alan P. Curto | Kevin R. Brady | Patrick J. Mulroney | **Admitted in Washington, DC |
| Dennis C. Cavanaugh | Thomas P. O'Dea, Jr. | Reed A. Slatas | Kevin J. Greene | Paula Cruz Cedillo | | and California only |
| Christopher J. Lynch | Gregory R. Faulkner | Thomas J. Finn | James C. Celentano | Amy Sargeant Lang | Counsel | ***Admitted in Washington, DC |
| Paul D. Meade | Dan E. LaBelle | Janice D. Lai | Kathleen A. St. Onge | Eric P. Daigle | Irwin D. Mittelman | and Maryland only |
| Joseph G. Fortner, Jr. | Duncan J. Forsyth | Richard P. Roberts | N. Kane Bennett | Maria Alexander | Arthur P. McGowan, Jr. | ****Admitted in Massachusetts |
| Stephen P. Fogerty | Ann M. Catino | Robert A. Rhodes | Kristin Alix Herzog | June M. Sullivan | Robert C. Engstrom | and State of Washington only |
| Peter G. Boucher | James P. Maher | J. Randolph | Patrick M. Birney | Jeffrey L. Forte | Paul V. Knopf | |
| Steven H. Malitz | Carl R. Ficks, Jr. | MacPherson** | Bruce J. Gelston | Joshua M. Auxier | Alan S. Rubenstein | |
| | | Laura Pascale Zaino | | | | |

December 17, 2003

**VIA FACSIMILE & U.S. MAIL CONFIRMAITON**
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

     Re:   **Tom James Company v. Trace Apparel, LLC and J. Tracy Green**
           3:03cv00596 (JBA)
           H&S File No.: 13233.0001

Dear Peter:

In our telephone conversation yesterday, you would not discuss your recent production of emails in response to Tom James' production requests or how these documents will be redacted pursuant to the protective order. Accordingly, we will categorize these documents and redact them in a manner consistent with the requirements of the protective order, and then provide a copy of such documents to you.

Additionally, please contact me as soon as possible to advise whether you will provide Tom James access to your clients' computer files in order to mirror image the hard drives and preserve their information. The defendants' nondisclosure of responsive documents and their admitted failure to preserve relevant information and computer files are unacceptable as well as sanctionable conduct. Tom James' request for such access for purposes of recovering deleted files and other relevant information is critical and justified under the circumstances. Should access not be permitted in a timely manner, we will have no alternative but to seek appropriate relief from the Court. Tom James cannot and will not allow the defendants' dilatory tactics to continue and further compromise the integrity of potential evidence in this matter.

Peter S. Olson, Esq.
December 17, 2003
Page 2


Please contact me to further discuss this matter.  Thank you.


Very truly yours,


Thomas J. Finn


TJF/pcc
496055

*EXHIBIT* G

**PULLMAN & COMLEY, LLC**
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DeFONCE LAPERA

MICHAEL N. LAVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
THOMAS E. MAXWELL, JR.
EDWARD J. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN
JAMES T. SHEARIN

H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
DIANE W. WHITNEY
MARJORIE WILDER
SAMUEL A. GILLILAND
(1930-1994)
LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGDSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN

AMY A. D'ADDETTA
JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
LEE D. HOFFMAN
TRACEY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
GERALD C. PIA, JR.
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:    Bridgeport
Telephone:   203.330.2257
E-Mail:      polson@pullcom.com

December 15, 2003

Thomas J. Finn
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT  06103-4303

   Re:   **Tom James Company v. J. Tracey Green, et al.**

Dear Tom:

Please find enclosed a number of e-mails that we have printed off Mr. Green's computer. They are organized as follows:

1.    E-mails from the inbox.
2.    E-mails from the sent items box.
3.    E-mails from the deleted items box.

I have not produced items that are not responsive to your requests or relevant to this litigation. Further, I have not produced several e-mails from Mr. Rouse and myself concerning this litigation. I am in the process of preparing a privilege log and will forward that to you when it is complete.

At this time, it is our position that we have complied fully with your discovery requests. In the event that you have any information that suggests otherwise, please bring it to my attention immediately, so that I can undertake to remedy it.

Should you have any questions, please feel free to give me a call.

Sincerely yours,

Peter S. Olson
PSO:mrd
Enclosures

BPRT/67708.2/PSO/501060v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06890-0510  (203) 254-5000  FAX (203) 254-5070
300 ATLANTIC STREET  STAMFORD, CT 06901-3522  (203) 324-5000  FAX (203) 363-8659
*www.pullcom.com*