UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| TOM JAMES COMPANY, | CIVIL ACTION NO. |
| --- | --- |
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | January 7, 2004 |
| DEFENDANTS | |

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendants J. Tracy Green and Trace Apparel respectfully request that the Court grant them an extension of time of five (5) days to respond to the plaintiff's motion to compel electronic discovery. The undersigned is in the process of preparing a response to the motion, and is nearly complete. The holiday period has made it difficult to finalize the defendant's response.

The defendant recognizes that the plaintiff has sought expedited consideration of its motion. As such, the plaintiff has not consented to this extension. However, given that the relief sought by the plaintiff is unwarranted and unfounded, an additional five (5) days to formulate an appropriate response should be granted. This is the first motion for extension of time that has been filed in connection with this time limitation.

**WHEREFORE**, the defendants respectfully request that the Court grant this motion and permit an additional five (5) days to file response to the plaintiff's motion to compel, through and including January 13, 2004.

THE DEFENDANTS
J. TRACY GREEN
TRACE APPAREL, LLC

By: _____
Thomas A. Rouse, Fed. Bar No. ct06128
Peter S. Olson, Fed. Bar No. 16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on January 7, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/502924v1