UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

January 15, 2004

11:30 A.M.

*Held 11:34 - 11:48 (14 min)*

CASE NO. **3:03CV596** (JBA)   **Tom James Co. V. Green**

| | |
|---|---|
| ✓ Paula Cruz Cedillo<br>Halloran & Sage<br>One Goodwin Sq., 225 Asylum St.<br>Hartford, CT 06103<br>860-241-4094<br>860-548-0006 (fax)<br>cedillo@halloran-sage.com | Tom James Co. |
| ✓ Thomas J. Finn<br>Halloran & Sage<br>One Goodwin Sq., 225 Asylum St.<br>Hartford, CT 06103<br>860-522-6103<br>860-548-0006 (fax)<br>finn@halloran-sage.com | Tom James Co. |
| ✓ Peter S. Olson<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601-7006<br>203-330-2000 | Trace Apparel LLC<br>J. Tracy Green |
| ✓ Thomas A. Rouse<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601-7006<br>203-330-2000<br>203-576-8888 (fax)<br>trouse@pullcom.com | J. Tracy Green |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK