FILED

Jan 27   3 05 PM '04

U. S. DISTRICT COURT
NEW HAVEN CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TOM JAMES COMPANY,              :        CIVIL ACTION NO.
                               :        303 CV 0596 (JBA)
    Plaintiff,               :
                               :
V.                              :
                               :
TRACE APPAREL LLC and           :
J. TRACY GREEN,                 :
                               :
    Defendants.              :        JANUARY 27, 2004

## MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL ELECTRONIC DISCOVERY

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court

for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"),

hereby moves this Court for an extension of time in which to file a reply to the

defendants, Trace Apparel LLC and J. Tracy Green's ("Defendants"), Memorandum in

Opposition to Motion to Compel Electronic Discovery, dated January 13, 2004

("Opposition Memorandum"), of three (3) days, up to and including February 2, 2004.

As good cause for the requested extension of time, Tom James submits that,

despite its diligence in preparing a reply to Defendants' Opposition Memorandum, the

additional time is necessary to respond fully and properly to the issues set forth therein.

Tom James needs the additional time requested in order to adequately evaluate and

analyze its position regarding the Opposition Memorandum.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is Tom James' first motion for extension of time regarding this matter. Counsel for Defendants has consented to the requested extension of time.

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the Court grant its Motion for Extension of Time and extend the deadline for filing a reply to Defendants' Memorandum in Opposition to Motion to Compel Electronic Discovery, up to and including February 2, 2004.

Dated:  January 27, 2004            RESPECTFULLY SUBMITTED,
        Hartford, Connecticut

                                    THE PLAINTIFF
                                    TOM JAMES COMPANY

                                    By:_____
                                       Thomas J. Finn
                                       Federal Bar No.: ct 20929
                                       Paula Cruz Cedillo
                                       Federal Bar No.: ct 23485
                                       HALLORAN & SAGE LLP
                                       One Goodwin Square
                                       225 Asylum Street
                                       Hartford, Connecticut 06103
                                       (860) 522-6103

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 27th day of January, 2004 a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

Thomas J. Finn

498608

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105