57

FILED

Jan 27  3 05 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0596 (JBA) |
| V. | : | |
| TRACE APPAREL LLC and J. TRACY GREEN, | : | |
| Defendants. | : | JANUARY 27, 2004 |

## MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL ELECTRONIC DISCOVERY

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), hereby moves this Court for an extension of time in which to file a reply to the defendants, Trace Apparel LLC and J. Tracy Green's ("Defendants"), Memorandum in Opposition to Motion to Compel Electronic Discovery, dated January 13, 2004 ("Opposition Memorandum"), of three (3) days, up to and including February 2, 2004.

As good cause for the requested extension of time, Tom James submits that, despite its diligence in preparing a reply to Defendants' Opposition Memorandum, the additional time is necessary to respond fully and properly to the issues set forth therein. Tom James needs the additional time requested in order to adequately evaluate and analyze its position regarding the Opposition Memorandum.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105