UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TOM JAMES CO.           :

v.                      :    NO. 3:03cv596 (JBA)

GREEN, ET AL            :

## SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 1/29/04, the following schedule is ordered:

1. Defendants' 12(c) Motion regarding injunctive relief will be filed by 2/12/04; opposition will be filed by 3/4/04; any reply will be filed by 3/18/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    January 30, 2004