UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| TOM JAMES COMPANY, | CIVIL ACTION NO. |
| --- | --- |
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | February 2, 2004 |
| DEFENDANTS | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendant J. Tracy Green (hereinafter, "Green") hereby moves that the Court enlarge the time set in the Report of Parties Planning Meeting dated August 12, 2003 [Doc. No. 13], at ¶ V (c)(a), for the provision of a damages analysis. Green has propounded discovery requests on Tom James, that Tom James has refused to comply with. Green has filed this day a motion to compel responses to certain questions that involve damages on Green's counterclaim. Without responses to the discovery requests, Green cannot prepare his damages analysis.

Accordingly, Green respectfully requests that the Court enlarge the time for him to provide his damages analysis for thirty (30) days, through and including

March 1, 2004.  Counsel for Tom James consents to this request.

WHEREFORE, for the foregoing reasons, Green respectfully requests that the court enlarge the time for him to provide a damages analysis through and including March 2, 2004.

        THE DEFENDANTS/
        COUNTERCLAIM PLAINTIFFS
        J. TRACY GREEN
        TRACE APPAREL, LLC

By: _____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on February 2, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/505998v1