UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>    PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>    DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>February 2, 2004 |

## MOTION TO COMPEL

Pursuant to D. Conn. L. Civ. R. 37 and Fed. R. Civ. P. Rule 37, the defendants J. Tracy Green (hereinafter "Green") and Trace Apparel, LLC (hereinafter "Trace"), hereby move that the Court compel the plaintiff Tom James Company (hereinafter "Tom James") to respond to certain of the interrogatories and requests for production propounded by Green and Trace on Tom James on October 22, 2003.

In particular, Tom James has, without justification, refused to comply with Interrogatory Nos. 2-7 (and the related Request for Production No. 14), and Requests for Production 5, 18, 22 and 23. The parties have, in good faith, attempted to resolve their differences concerning these discovery requests but have been unsuccessful.

A memorandum of law in support hereof, together with the Affidavit of Peter S. Olson, are filed herewith.

**WHEREFORE**, for the foregoing reasons, Green and Trace respectfully request that the Court grant this Motion to Compel.

                                          THE DEFENDANTS/
                                          COUNTERCLAIM PLAINTIFFS
                                          J. TRACY GREEN
                                          TRACE APPAREL, LLC

                                          By: _____
                                          Thomas A. Rouse, Fed. Bar No. ct01326
                                          Peter S. Olson, Fed. Bar No. ct16149
                                          Pullman & Comley, LLC
                                          850 Main Street
                                          P.O. Box 7006
                                          Bridgeport, CT  06601-7006
                                          203.330.2000
                                          Facsimile 203.576.8888
                                          Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on February 2, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/505985v1