UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | FEBRUARY 2, 2004 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), hereby moves this Court for an extension of time of fourteen (14) days in which to disclose an expert and serve an expert report, up to and including February 16, 2004.

As good cause for the requested extension of time, Tom James submits that additional time is necessary in order to fully and properly assess Tom James' damages. As discovery is ongoing, Tom James has yet to receive complete financial information from the defendants necessary to adequately analyze Tom James' damages. Tom James needs the additional time requested in order to obtain additional relevant documents and properly evaluate the extent of its damages resulting from the defendants' conduct at issue in this action.

This is Tom James' first motion for extension of time regarding this matter. Counsel for Defendant has consented to the requested extension of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the Court grant its Motion for Extension of Time on Consent, dated February 2, 2004, and extend the deadline to disclose an expert and expert report, up to and including February 16, 2004.

Dated: February 2, 2004
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
TOM JAMES COMPANY

By:_____
   Thomas J. Finn
   Federal Bar No.: ct 20929
   Paula Cruz Cedillo
   Federal Bar No.: ct 23485
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, Connecticut 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 2nd day of February, 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

 

                                                            _____
                                                            Thomas J. Finn

510551

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105