**EXHIBIT "A"**

HALLORAN & SAGE LLP

ATTORNEYS AT LAW

Joseph G. Lynch
Joseph T. Sweeney
George Royster
John W. Lemega
Vincent M. Marino
Richard C. Tynan
William P. Borchert
Thomas J. Hagarty, Jr.
Brian J. Donnell
James J. Szerejko
William J. McGrath, Jr.
Dennis C. Cavanaugh
Christopher J. Lynch
Paul D. Meade
Joseph G. Fortner, Jr.
Stephen P. Fogerty
Peter G. Boucher

Steven H. Malitz
John B. Farley
David B. Losee
Mark T. Altermatt
Henry M. Beck, Jr.
Susan O'Donnell
Bruce H. Raymond
Kevin M. Roche
David G. Hill
Daniel P. Scapellati
James M. Sconzo
Robert B. Cox
Thomas P. O'Dea, Jr.
Gregory R. Faulkner
Dan E. LaBelle
Duncan J. Forsyth
Ann M. Catino

James P. Maher
Carl R. Ficks, Jr.
Robert M. Barrack
John W. Dietz
Brian P. Leaming
James C. Stearns*
Theresa W. Hajost**
Mark T. Livesay
Thomas P. Lambert
Reed A. Slatas
Thomas J. Finn
Janice D. Lai
Richard P. Roberts

Robert A. Rhodes
J. Randolph MacPherson*
John S. Rosania
Laura Pascale Zaino
Melissa Rotenberg Arcaro
Ralph W. Johnson, III
Martin A. Onorato
Jeffrey F. Gostyla
James V. Somers
Brett M. Szczesny
Alan P. Curto
Kevin J. Greene
James C. Celentano

Kathleen A. St. Onge
N. Kane Bennett
Kristin Alix Herzog
Patrick M. Birney
Bruce J. Gelston
Stephanie J. Sweeney
Peter E. Strniste, Jr.
Steven J. O'Neill***
Stephen H. Broer
Erik J. Ness
Alexei J. Plocharczyk
Salvatore N. Fornaciari
Kevin R. Brady

Paula Cruz Cedillo
Amy Sargeant Lang
Eric P. Daigle
Maria Alexander
June M. Sullivan
Jeffrey L. Forte
Joshua M. Auxier
Elizabeth E. Hackett
Regen O'Malley
Brian D. Rich
Laurie R. Steinberg
Jonathan C. Sterling
Kimberly F. Wells
Todd R. Regan
Jude Francois
Patrick J. Mulroney

Counsel
Irwin D. Mittelman
Arthur P. McGowan, Jr.
Robert C. Engstrom
Paul V. Knopf
Alan S. Rubenstein
Mary L. Barrow
Kenneth R. Slater, Jr.
John J. Ryan
Michael K. Stanton, Jr.
Michael C. Collins
Lisa M. Kowtko

*Admitted in Washington, DC only
**Admitted in Washington, DC and Maryland only
***Admitted in Massachusetts and State of Washington only

December 3, 2003

**VIA FACSIMILE & U.S. MAIL CONFIRMATION**

Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601

**Re:** **Tom James Company v Trace Apparel, LLC and J. Tracy Green**
3:03cv00596 (JBA)
H&S File No.: 13233.0001

Dear Peter:

On November 20, 2003 you indicated that you would endeavor to provide us with Mr. Green's emails and his complete quick book file by Monday, November 24, 2003. As you are aware, that information was not provided to us on the 24th and we are still waiting for you to provide that information. As you also are aware, this information was covered by our original request for production, which was served on the defendants on August 13, 2003.

Could you please provide me with the date in which you believe you will provide this information to me. In addition, we need to settle on an electronic data recovery procedure if we wish to avoid motion practice. If you have any questions, or need to discuss this matter, please do not hesitate to contact me. Thank you.

Very truly yours,

Thomas J. Finn

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103 860 522-6103 Fax 860 548-0006 www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C.