UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | FEBRUARY 2, 2004 |

### AFFIDAVIT OF THOMAS J. FINN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL ELECTRONIC DISCOVERY

I, Thomas J. Finn, do hereby swear and affirm under the penalty of perjury as follows:

1. I am an attorney with the law firm of Halloran & Sage LLP, attorneys for the plaintiff, Tom James Company ("Tom James"), in the above-captioned matter. I make this affidavit in connection with Plaintiff's Memorandum of Law in Reply to Defendants' Memorandum in Opposition to Motion to Compel Electronic Discovery, dated February 2, 2004 ("Motion").

2. Counsel for the parties participated in numerous telephone conferences regarding Defendants' incomplete production in response to Tom James' discovery requests, in order to attempt to obtain additional production from Defendants.

3. In a telephone conference on November 7, 2003, regarding Defendants' production of documents, Defendants' counsel represented to me that emails were not

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

produced by Defendants because they had either been deleted from Defendants' computer systems or they were not relevant to the instant matter. Defendants' counsel further represented that no attempt was made to recover these deleted emails to determine their potential relevance or responsiveness to Tom James' requests for production.

4. In another similar telephone conference, Defendants' counsel again represented to me and my colleague who participated in the conference, Paula Cruz Cedillo, that emails had either been deleted from Defendants' computer systems or they were not relevant to the instant matter.

5. Defendants' counsel also affirmatively represented on numerous occasions that no measures had been taken to preserve potentially relevant information or to otherwise preserve the electronic data present on Defendants' computer systems.

6. Discussions between the parties abruptly ceased when counsel for Defendants unilaterally and without good faith refused to participate in any further discussions regarding discovery because of Tom James' filing of the application for prejudgment remedy. Up until this point, the parties were involved in ongoing discussions regarding potential access to Defendants' computer database and electronic communications.

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

_____
Thomas J. Finn

Signed and sworn to before me on this 2nd day of February, 2004.

_____
Commissioner of the Superior Court

510401

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105