UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | FEBRUARY 2, 2004 |

### AFFIDAVIT OF PAULA CRUZ CEDILLO IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL ELECTRONIC DISCOVERY

I, Paula Cruz Cedillo, do hereby swear and affirm under the penalty of perjury as follows:

1. I am an attorney with the law firm of Halloran & Sage LLP, attorneys for the plaintiff, Tom James Company ("Tom James"), in the above-captioned matter. I make this affidavit in connection with Plaintiff's Memorandum of Law in Reply to Defendants' Memorandum in Opposition to Motion to Compel Electronic Discovery, dated February 2, 2004 ("Motion").

2. Counsel for the parties participated in numerous telephone conferences regarding Defendants' incomplete production in response to Tom James' discovery requests, in order to attempt to obtain additional production from Defendants.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3.      In one such telephone conference regarding Defendants' production of documents, Defendants' counsel represented to me and my colleague who participated in the conference, Thomas J. Finn, that emails were not produced by Defendants because they had either been deleted from Defendants' computer systems or they were not relevant to the instant matter.  Defendants' counsel further represented that no attempt was made to recover these deleted emails to determine their potential relevance or responsiveness to Tom James' requests for production.

4.      Up until opposing counsel's abrupt refusal to participate in any further discussions regarding discovery, the parties were involved in ongoing discussions regarding potential access to Defendants' computer database and electronic communications.

_____
Paula Cruz Cedillo


Signed and sworn to before me on this 2nd day of February, 2004.


_____
Commissioner of the Superior Court


510402

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105