FILED

2004 FEB -2 P 4: 13

DISTRICT OF
NEW HAVEN C...

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| TOM JAMES COMPANY, | |
|---|---|
| PLAINTIFF | CIVIL ACTION NO. 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | February 2, 2004 |
| DEFENDANTS | |

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendant J. Tracy Green (hereinafter, "Green") hereby moves that the Court enlarge the time set in the Report of Parties Planning Meeting dated August 12, 2003 [Doc. No. 13], at ¶ V (c)(a), for the provision of a damages analysis. Green has propounded discovery requests on Tom James, that Tom James has refused to comply with. Green has filed this day a motion to compel responses to certain questions that involve damages on Green's counterclaim. Without responses to the discovery requests, Green cannot prepare his damages analysis.

Accordingly, Green respectfully requests that the Court enlarge the time for him to provide his damages analysis for thirty (30) days, through and including

-1-