

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | FEBRUARY 2, 2004 |

### MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), hereby moves this Court for an extension of time of fourteen (14) days in which to disclose an expert and serve an expert report, up to and including February 16, 2004.

As good cause for the requested extension of time, Tom James submits that additional time is necessary in order to fully and properly assess Tom James' damages. As discovery is ongoing, Tom James has yet to receive complete financial information from the defendants necessary to adequately analyze Tom James' damages. Tom James needs the additional time requested in order to obtain additional relevant documents and properly evaluate the extent of its damages resulting from the defendants' conduct at issue in this action.

This is Tom James' first motion for extension of time regarding this matter. Counsel for Defendant has consented to the requested extension of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105