UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>February 12, 2004 |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. Rule 12 (c), the defendants J. Tracy Green (hereinafter, "Green") and Trace Apparel, LLC (hereinafter, "Trace") hereby move that the court enter a judgment on the pleadings in their favor, as to Requests for Relief 1 (a) and 1 (c) contained in the Amended Verified Complaint dated May 19, 2003 [Doc. No. 4] filed by the plaintiff Tom James Company (hereinafter, "Tom James").

Tom James seeks injunctive relief against Green and Trace for a breach of an alleged employment agreement that contains a covenant against competition. The covenant runs for just two years from the date that Green leaves his employment with Tom James. Since Green terminated his employment with Tom James in December, 2001, the two year period provided by the alleged agreement has expired. Accordingly, Tom James is not entitled to the requested relief as a matter of law. Further, the claim for relief is moot.

-1-

At a pre-filing conference held on January 29, 2004, the Court approved the filing of this motion.  A memorandum in support hereof is filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons, and for the reasons set forth in the accompanying memorandum of law, Green and Trace respectfully request that the Court grant this motion, and enter judgment on the relevant requests for relief.

THE DEFENDANTS/
COUNTERCLAIM PLAINTIFFS
J. TRACY GREEN
TRACE APPAREL, LLC


By: _____//ss//_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on February 12, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

                                                //ss//
                                 Thomas A. Rouse, Fed. Bar No. ct01326
                                 Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/507127v1