UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| TOM JAMES COMPANY, | CIVIL ACTION NO. |
|---|---|
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | February 5, 2004 |
| DEFENDANTS | |

## MOTION TO SEAL AND FOR CONTEMPT

Pursuant to D. Conn. L. Civ. R. 5(d), the defendants J. Tracy Green and Trace Apparel, LLC, hereby move that the Court enter an order sealing:

(a) Exhibits A, B, C, D, and E (docketed on CM/ECF as Exhibits 2, 3, 4, and 5) to Plaintiff's Memorandum of Law in Support of Application for Prejudgment Remedy and in Support of Motion for Disclosure of Assets [Doc. No. 32]; and

(b) Exhibits D, E, F, and G (docketed on CM/ECF as Exhibits 2 and 3) to Plaintiff's Motion to Compel Electronic Discovery. [Doc. No. 40].

In addition, the defendants request that the Court order that such exhibits be removed from the electronic filing system.

Further, the defendants respectfully request that the court issue an order finding the plaintiff Tom James Company in contempt for its violation of the Court's order protecting this information from disclosure.

A memorandum in support of this motion is attached hereto, as is the affidavit of Peter S. Olson.

**WHEREFORE**, the defendants respectfully request that the court grant this motion.

>THE DEFENDANTS/
>COUNTERCLAIM PLAINTIFFS
>J. TRACY GREEN
>TRACE APPAREL, LLC
>
>By: _____
>Thomas A. Rouse, Fed. Bar No. ct01326
>Peter S. Olson, Fed. Bar No. ct16149
>Pullman & Comley, LLC
>850 Main Street
>P.O. Box 7006
>Bridgeport, CT  06601-7006
>203.330.2000
>Facsimile 203.576.8888
>Their Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on February 5, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/506441v1