IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
TOM JAMES CO.                    :   3:03CV596(JBA)
:
v.                               :
:
J. TRACY GREEN, ET AL.           :   FEBRUARY 23, 2004
:
---------------------------------------------------x

ORDER

On January 8, 2004, Judge Janet Bond Arterton referred <u>Tom James Company v. J. Tracy Green, et al.</u> to this Magistrate Judge. (<u>See</u> Dkt. # #48 & 49). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 23rd day of February, 2004.

　　　　　　　　　　　　　　　　　　　／s／　　　　　　　　　　
　　　　　　　　　　　　　　　　Joan G. Margolis
　　　　　　　　　　　　　　　　U. S. Magistrate Judge