UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | FEBRUARY 23, 2004 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), hereby moves this Court for an extension of time of ten (10) days in which to file an opposition to the defendants, Trace Apparel and J. Tracy Green's ("Defendants"), Motion to Compel, dated February 2, 2004 ("Motion"), up to and including March 4, 2004.

As good cause for the requested extension of time, Tom James submits that, despite its diligence in preparing an opposition to Defendants' Motion, the additional time is necessary to respond fully and adequately to the issues set forth therein. Tom James needs the additional time requested in order to properly evaluate and analyze its position regarding the Motion.

This is Tom James' first motion for extension of time regarding this matter. Counsel for Defendants has consented to the requested extension of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the Court grant its Motion for Extension of Time on Consent, dated February 23, 2004, and extend the deadline for filing an opposition to Defendants' Motion to Compel, up to and including March 4, 2004.

Dated:  February 23, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
TOM JAMES COMPANY


By:_____
   Thomas J. Finn
   Federal Bar No.: ct 20929
   Paula Cruz Cedillo
   Federal Bar No.: ct 23485
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, Connecticut 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 23rd day of February, 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

                                                       _____
                                                         Thomas J. Finn

518536

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105