2/24/04 -- Motion granted with respect to sealing Exhs. A-E of Dkt. #32 & Exhs. D-G of Dkt. #40; the Clerk's Office shall take appropriate measures to seal these documents in the CM/ECF computer system (Dkt. #32, Exhs. 2-5 & Dkt. #40, Exhs. 2-3). With respect to defendants' request for additional relief, plaintiff shall file a brief in opposition <u>on or before March 11, 2004</u> and defendants may file a reply brief <u>on or before March 24, 2004</u>.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>　　　　　　　　　　PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>　　　　　　　　　　DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br>February 5, 2004 |

## MOTION TO SEAL AND FOR CONTEMPT

Pursuant to D. Conn. L. Civ. R. 5(d), the defendants J. Tracy Green and Trace Apparel, LLC, hereby move that the Court enter an order sealing:

(a) Exhibits A, B, C, D, and E (docketed on CM/ECF as Exhibits 2, 3, 4, and 5) to Plaintiff's Memorandum of Law in Support of Application for Prejudgment Remedy and in Support of Motion for Disclosure of Assets [Doc. No. 32]; and

(b) Exhibits D, E, F, and G (docketed on CM/ECF as Exhibits 2 and 3) to Plaintiff's Motion to Compel Electronic Discovery. [Doc. No. 40].

In addition, the defendants request that the Court order that such exhibits be removed from the electronic filing system.

Further, the defendants respectfully request that the court issue an order finding the plaintiff Tom James Company in contempt for its violation of the Court's order protecting this information from disclosure.

A memorandum in support of this motion is attached hereto, as is the affidavit of Peter S. Olson.