UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>        PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>        DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>February 26, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

  Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendant J. Tracy Green (hereinafter, "Green") hereby moves that the Court enlarge the time set in the Report of Parties Planning Meeting dated August 12, 2003 [Doc. No. 13], at ¶ V (c)(a), for the provision of a damages analysis. Tom James has not yet complied with Green's discovery requests, and as such, Green has not been able to obtain the information necessary to prepare a damages analysis.

  Accordingly, Green respectfully requests that the Court enlarge the time for him to provide his damages analysis for an additional thirty (30) days, through and including April 1, 2004. Counsel for Tom James consents to this request.

  WHEREFORE, for the foregoing reasons, Green respectfully requests that the court enlarge the time for him to provide a damages analysis through and including April 1, 2004.

THE DEFENDANTS/
COUNTERCLAIM PLAINTIFFS
J. TRACY GREEN
TRACE APPAREL, LLC


By:_____//ss_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## **CERTIFICATION**

      Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on February 26, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

                                                             //ss//
                                     Thomas A. Rouse, Fed. Bar No. ct01326
                                     Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/508528v1