UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 27  9 40 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

TOM JAMES COMPANY,

        PLAINTIFF

VS.

J. TRACY GREEN, ET AL.

        DEFENDANTS

CIVIL ACTION NO.
3:03cv00596 (JBA)

February 26, 2004

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendant J. Tracy Green (hereinafter, "Green") hereby moves that the Court enlarge the time set in the Report of Parties Planning Meeting dated August 12, 2003 [Doc. No. 13], at ¶ V (c)(a), for the provision of a damages analysis. Tom James has not yet complied with Green's discovery requests, and as such, Green has not been able to obtain the information necessary to prepare a damages analysis.

Accordingly, Green respectfully requests that the Court enlarge the time for him to provide his damages analysis for an additional thirty (30) days, through and including April 1, 2004. Counsel for Tom James consents to this request.

WHEREFORE, for the foregoing reasons, Green respectfully requests that the court enlarge the time for him to provide a damages analysis through and including April 1, 2004.

FILED
MAR 4 2 33 '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-1-

3/4/04: Motion GRANTED, absent objection. Defendant Green's damages analysis will be served on plaintiff on or before 4/1/04. All deadlines set forth in the Court's Scheduling Order, doc. #22, remain unchanged.

IT IS SO ORDERED.

Dated at New Haven, Connecticut

Janet Bond Arterton, U.S.D.J.

THE DEFENDANTS/
COUNTERCLAIM PLAINTIFFS
J. TRACY GREEN
TRACE APPAREL, LLC

By: _____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on February 26, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/508528v1

-3-