UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | MARCH 4, 2004 |

## AFFIDAVIT OF THOMAS J. FINN IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO COMPEL

I, Thomas J. Finn, do hereby swear and affirm as follows:

1. I am an attorney with the law firm of Halloran & Sage LLP, attorneys for the plaintiff, Tom James Company ("Tom James"), in the above-captioned matter. I make this affidavit in connection with Tom James' Memorandum of Law in Opposition to Motion to Compel, dated March 4, 2004 ("Memorandum").

2. On or about October 22, 2003, the defendants, Trace Apparel LLC and J. Tracy Green's (collectively "Defendants"), served discovery requests upon Tom James. Tom James timely objected and responded to these discovery requests, and made relevant documents available for Defendants' inspection in accordance with Rule 34 of the Federal Rules of Civil Procedure.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

     3.    Defendants took no issue with Tom James' objections and responses to their discovery requests until counsel for Tom James received correspondence from Peter Olson ("Mr. Olson"), dated December 22, 2003.

     4.    Tom James has undertaken good faith efforts to resolve Defendants' issues with Tom James' responses and objections. As a result, the parties have resolved a majority of the discovery issues, including Requests for Production No. 5 and 18.

     5.    Tom James initially objected to Request for Production No. 5 because Tom James had previously produced the requested 401(k) and Profit Sharing Plan to Defendants. However, during a meet and confer between counsel on January 20, 2004, Tom James agreed to confirm that responsive documents had been produced.

     6.    Also during the meet and confer of January 20, 2004, Defendants' counsel agreed to limit Request for Production No. 18 to copies of minutes of meetings in which the Board of Directors set the yearly value of stock. After considering this Request as amended, I informed Mr. Olson via email on February 2, 2004, that Tom James would produce this information.

     7.    Accordingly, Tom James had agreed to the production of information responsive to Requests for Production No. 5 and 18 prior to the filing of Defendants' Motion to Compel.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

_____
Thomas J. Finn

Signed and sworn to before me on this 4th day of March, 2004.

_____
Commissioner of the Superior Court

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105