UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | MARCH 4, 2004 |

### AFFIDAVIT OF PAULA CRUZ CEDILLO IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR CONTEMPT AND CROSS-MOTION FOR SANCTIONS

I, Paula Cruz Cedillo, do hereby swear and affirm as follows:

1. I am an attorney with the law firm of Halloran & Sage LLP, attorneys for the plaintiff, Tom James Company ("Tom James"), in the above-captioned matter. I make this affidavit in connection with Tom James' Memorandum of Law in Opposition to Motion for Contempt and Cross-Motion for Sanctions, dated March 4, 2004 ("Memorandum").

2. Upon Defendants production of documents in response to Tom James' discovery requests, Peter Olson ("Mr. Olson"), counsel for the defendants, Trace Apparel LLC and J. Tracy Green ("Defendants"), traveled to the offices of Halloran &

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Sage LLP and personally categorized and redacted the documents, as he saw fit, pursuant to the terms of the Protective Order.

3. On or about November 26, 2003, Tom James filed an Application for Prejudgment Remedy, to which it appended certain evidence it received from Defendants through discovery. Following the filing of the prejudgment remedy application, Mr. Olson contacted me by telephone and demanded that I and my colleague who participated in the conference, Thomas J. Finn, take steps to seal certain documents that had been appended to the Application. We declined to do so as the Protective Order contained no such sealing requirement.

4. During this telephone conference, Mr. Olson expressly agreed that the act of filing these documents not under seal was not a "technical violation" of the Protective Order. However, Mr. Olson went on to contend that although there was no "technical violation," the filing of the documents constituted a violation of the "spirit" of the Protective Order.

5. We disagreed with Mr. Olson's position and reminded him that during the negotiations which occurred regarding the terms of the Protective Order, Tom James had refused to stipulate to a sealing provision with respect to Defendants' document production.

6. Tom James filed a Motion to Compel Electronic Discovery, dated December 18, 2003, to which it appended evidence in support for the Court's review and consideration. As a result, Defendants' counsel again demanded that Tom James take

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

action to seal these documents.  However, as the sealing of documents is not required by the Protective Order, Tom James properly declined to do so.

_____
Paula Cruz Cedillo

Signed and sworn to before me on this 4th day of March, 2004.

_____
Commissioner of the Superior Court

522447

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105