UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>March 4, 2004 |

### MOTION TO EXTEND AND MODIFY PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. Rule 26 (c), the defendants J. Tracy Green (hereinafter, "Green") and Trace Apparel, LLC (hereinafter, "Trace") hereby move that the court extend the protections provided by a certain protective order entered by the Court on September 19, 2003 [Doc. No. 21] to cover a second set of subpoenas served by the plaintiff Tom James Company (hereinafter, "Tom James"). Green and Trace further move that such protective order be modified to require the filing of confidential documents and information under seal.

A memorandum in support hereof is filed contemporaneously herewith, as is the certification required by Fed. R. Civ. P. Rule 33 (c).

WHEREFORE, for the foregoing reasons, Green and Trace respectfully request that the Court grant this motion, extend the existing protective order to cover the subpoenas attached to this motion, and modify the protective order to prohibit

-1-

the filing of confidential documents and information with the Court without taking steps to seal such documents and information.

                                        THE DEFENDANTS/
                                        COUNTERCLAIM PLAINTIFFS
                                        J. TRACY GREEN
                                        TRACE APPAREL, LLC

                                        By: _____
                                        Thomas A. Rouse, Fed. Bar No. ct01326
                                        Peter S. Olson, Fed. Bar No. ct16149
                                        Pullman & Comley, LLC
                                        850 Main Street
                                        P.O. Box 7006
                                        Bridgeport, CT  06601-7006
                                        203.330.2000
                                        Facsimile 203.576.8888
                                        Their Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on March 4, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67512.1/PSO/509275v1