UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br>March 4, 2004 |



## MEMORANDUM IN SUPPORT OF
## MOTION TO EXTEND AND MODIFY PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. Rule 26 (c), the defendants J. Tracy Green (hereinafter, "Green") and Trace Apparel, LLC (hereinafter, "Trace") have moved this day that the court extend the protections provided by a certain protective order entered by the Court on September 19, 2003 [Doc. No. 21] to cover a second set of subpoenas served by the plaintiff Tom James Company (hereinafter, "Tom James"). Green and Trace have further moved that such protective order be modified to require the filing of confidential documents and information under seal.

Fed. R. Civ. P. Rule 26 (c) provides that the Court may enter protective orders

> that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way;

-1-

Fed. R. Civ. P. Rule 26 (c) (7). Accordingly, Green and Trace have previously sought a protective order, with the consent of Tom James, concerning a set of subpoenas served on third parties that sought confidential documents and information. See, Motion on Consent for Protective Order, September 16, 2003 [Doc. No. 20]. The Court entered the proposed protective order on September 19, 2003 [Doc. No. 21].

Tom James has now served subpoenas on 22 additional third parties, seeking documents and information from such parties similar to that sought in the initial set of subpoenas. A list of such third parties is attached hereto as Exhibit A, and copies of such subpoenas are attached hereto as Exhibit B. The same confidentiality concerns are implicated with the second set of subpoenas as were implicated by the first set of subpoenas. As such, Green and Trace respectfully request that the Court extend the existing protective order to cover this new set of discovery requests.

Additionally, an issue arose under the existing protective order when Tom James filed confidential documents information in the public record without taking steps to place it under seal. This necessitated that Green and Trace seek intervention of the Court to seal such documents. See, Motion to Seal and for Contempt February 5, 2004 [Doc. No. 72]. Magistrate Judge Margolis has granted the relief sought by that motion, and ordered that the offending documents be

sealed. See, Order, February 24, 2004 [Doc. No. 77]. The contempt portion of that motion has been taken under advisement.

In order that this situation not arise in the future, Green and Trace request that the Court modify the protective order to prohibit the filing of documents and information in the court file without first taking steps to place them under seal. This is nothing more than is required by D. Conn. L. Civ. R. Rule 5 (d). However, given Tom James' previous violation of the existing protective order and of this rule, Green and Trace ask that the Court clearly spell out this requirement.

Although I addressed these issues with counsel for Tom James by letters dated February 20, 2004 and March 4, 2004, I have been unable to ascertain their position on this motion. See, Affidavit of Peter S. Olson, March 4, 2004.

WHEREFORE, for the foregoing reasons, Green and Trace respectfully request that the Court grant this motion, extend the existing protective order to cover the subpoenas attached to this motion, and modify the protective order to prohibit the filing of confidential documents and information with the Court without taking steps to seal such documents and information.

THE DEFENDANTS/
COUNTERCLAIM PLAINTIFFS
J. TRACY GREEN
TRACE APPAREL, LLC

By: */s/ Thomas A. Rouse*

Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

-4-

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on March 4, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/509282v1