UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>March 4, 2004 |

**AFFIDAVIT OF PETER S. OLSON RE:**
**MOTION TO EXTEND AND MODIFY PROTECTIVE ORDER**

| | |
|---|---|
| STATE OF CONNECTICUT<br><br>COUNTY OF FAIRFIELD | ss. Bridgeport, March 4, 2004 |

The undersigned, being duly sworn, deposes and says:

1. I am over the age of eighteen and I understand the obligation of an oath.

2. I am counsel to the defendants J. Tracy Green and Trace Apparel, LLC in the above captioned civil action.

3. On February 17, 2004, the plaintiff served a number of subpoenas on third parties, with a compliance date of March 9, 2004.

4. On February 20, 2004, I sent a letter to counsel for the plaintiff asking for his position on extending the existing protective order with a modification.

5. I have not received a response to that letter.

6. On March 4, 2004, I sent a follow-up letter on the same issue, asking for a response by the close of business on March 4, 2004, as the compliance date was approaching.

7.     I have not received a response to that letter.

_____
Peter S. Olson

Subscribed and sworn to before me
this 4th day of March, 2004

_____
Notary Public/
Commissioner of the Superior Court

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on March 4, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/509285v1

*EXHIBIT A*

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
GEOFFREY F. FAY
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
WILLIAM O'C. HARNISCH
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DiFONCE LAPERA

MICHAEL N. LAVELLE
JOSEPH M. LODATO
MATTHEW P. LUNDY
LISA A. MAGLIOCHETTI
STEPHEN MARCOVICH
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
TIMOTHY G. RONAN
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN

JAMES T. SHEARIN
H. WILLIAM SHURE
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
DIANE W. WHITNEY
MARJORIE WILDER
_____
SAMUEL A. GILLILAND
(1930-1994)
_____
LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN
AMY A. D'ADDETTA
JARON C. DAVIS

JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
LEE D. HOFFMAN
TRACY WHEELER LENNON
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
JACLYN C. PETROZELLI
GERALD C. PIA, JR.
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
AMANDA BALOG SANDERS
JESSICA A. SLIPPEN
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:     Bridgeport
Telephone:    203.330.2257
E-Mail:        polson@pullcom.com

February 20, 2004

**BY FACSIMILE** -- (860)548-0006

Thomas J. Finn
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

     Re:     Tom James Company v. J. Tracey Green, et al.

Dear Tom:

We are in receipt of the number of subpoenas that you have recently served. We will, of course, be seeking a protective order along the lines of the protective order entered by the court in conjunction with the previous subpoenas that you served.

However, in light of our dispute concerning your filing of what we believe to be protected information in the public record, we will seek a modification of that protective order to prevent such situations from occurring in the future.

I would appreciate it if you would let me know your position on this as soon as possible, so that I may file an appropriate motion with the court in a timely manner.

Should you have any questions, please feel free to give me a call.

Sincerely yours,

Peter S. Olson

PSO:mrd

BPRT/67708.2/PSO/508049v1

850 MAIN STREET P.O. BOX 7006 BRIDGEPORT, CT 06601-7006 (203) 330-2000 FAX (203) 576-8888
90 STATE HOUSE SQUARE HARTFORD, CT 06103-3702 (860) 424-4300 FAX (860) 424-4370
ONE CENTURY TOWER 265 CHURCH STREET NEW HAVEN, CT 06510-7000 (203) 773-3006 FAX (203) 776-7055
300 ATLANTIC STREET STAMFORD, CT 06901-3522 (203) 324-5000 FAX (203) 363-8659
253 POST ROAD WEST P.O. BOX 3180 WESTPORT, CT 06880-8180 (203) 254-5000 FAX (203) 254-5070
*www.pullcom.com*

```
*************--COMM. JOURNAL--*******************   DATE FEB-20-2004 *****  TIME 16:54  ********

             MODE = MEMORY TRANSMISSION          START=FEB-20 16:52      END=FEB-20 16:54

             FILE NO.=302

STN    COMM.      ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.      PAGES      DURATION
NO.               ABBR NO.

001    OK         &            18605480006#                                  002/002    00:01:05


                                                                 -PULLMAN & COMLEY

*********************************  -PULLMAN & COMLEY- *****  -             203 576 8888-  *********
```

# PULLMAN & COMLEY, LLC
Attorneys At Law

[firm attorney roster]

Reply to: Bridgeport
Telephone: 203.330.2257
E-Mail: polson@pullcom.com

| | |
|---|---|
| TRANSMITTAL DATE: | February 20, 2004 |
| PLEASE DELIVER TO: | Thomas J. Finn |
| PLACE TRANSMITTING TO: | Halloran & Sage, LLP |
| FACSIMILE NUMBER: | (860)548-0006 |
| FROM: | Peter S. Olson |
| RETURN FACSIMILE NUMBER: | 203.576.8888 |
| NUMBER OF PAGES W/ COVER SHEET: | 2 |
| OUR FILE NUMBER: | 67708.2 |
| OPERATOR: | Mary Dean 203.330.2214 |

## CONFIDENTIALITY NOTE:

THE INFORMATION CONTAINED IN THIS TELEFACSIMILE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER. IF YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR DELIVERING THIS TELEFACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS TELEFACSIMILE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY, LLC BY TELEPHONE AT (203) 330-2000, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS, VIA MAIL. WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO. THANK YOU.

Attachments:


Message:


BPRT/67708.2/PSO/497490v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 776-3006  FAX (203) 776-7075
300 ATLANTIC STREET  STAMFORD, CT 06901-3522  (203) 324-5000  FAX (203) 363-8659
253 POST ROAD WEST  P.O. BOX 3180  WESTPORT, CT 06880-3180  (203) 254-5000  FAX (203) 254-5070
www.pullcom.com

# *EXHIBIT B*

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
GEOFFREY F. FAY
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
WILLIAM O'C. HARNISCH
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DIFONCE LAPERA

MICHAEL N. LaVELLE
JOSEPH M. LODATO
MATTHEW P. LUNDY
LISA A. MAGLIOCHETTI
STEPHEN MARCOVICH
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
TIMOTHY G. RONAN
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN

JAMES T. SHEARIN
H. WILLIAM SHURE
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
DIANE W. WHITNEY
MARJORIE WILDER
SAMUEL A. GILLILAND
(1930-1994)
LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN
AMY A. D'ADDETTA
JARON C. DAVIS

JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
LEE D. HOFFMAN
TRACY WHEELER LENNON
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
JACLYN C. PETROZELLI
GERALD C. PIA, JR.
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
AMANDA BALOG SANDERS
JESSICA A. SLIPPEN
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:    Bridgeport
Telephone:   203.330.2257
E-Mail:      polson@pullcom.com

March 4, 2004

**BY FACSIMILE** (860)548-0006

Thomas J. Finn
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT  06103-4303

    Re:    Tom James Company v. J. Tracey Green, et al.

Dear Tom:

I am in receipt of your correspondence from March 3, 2004.

First, I believe that you have inaccurately recalled our discussions concerning our protective order. In fact, you did not permit us to designate any documents that we wished to be considered confidential, but rather negotiated the specific items of information that we would be permitted to redact from the documents that were provided.

We have already discussed with you on numerous occasions that we are willing to enter into a reasonable protective order to protect information that should truly be kept confidential, such as trade secrets or employee files. However, we have also expressed on a number of occasions that we could not agree to a blanket protective order protecting all information that you disclose. Clearly, a number of the requests that we have posed to you do not implicate confidential information, and those documents should be turned over promptly.

I do not wish to appear intractable, however, I have repeatedly requested that you provide a narrowly tailored protective order for our review. Again, your first draft seemingly protected all information that you intended to produce; all I am looking for is a revised protective order covering only the requests that call for confidential information.

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
300 ATLANTIC STREET  STAMFORD, CT 06901-3522  (203) 324-5000  FAX (203) 363-8659
253 POST ROAD WEST  P.O. BOX 3180  WESTPORT, CT 06880-8180  (203) 254-5000  FAX (203) 254-5070
*www.pullcom.com*

**PULLMAN & COMLEY, LLC**

Page 2

Finally, I must insist on the March 5th deadline. If you do not intend to produce any of the documents that you have agreed to produce on that day and proceed to file a protective order addressing all of the documents that have been requested, I will have no choice but to immediately move for a continuance of the prejudgment remedy hearing while the motion for protective order is pending.

It is simply unreasonable to expect us to prepare for that hearing without the aid of any of the documents that we have requested in discovery.

I do have one additional issue. I have previously addressed this in a letter to you, but I have had no response. I obviously need to file a motion for protective order concerning the third party subpoenas that you served on various suppliers. I expect that the information that they produce will be similar to the information produced by the other suppliers from whom you sought information, and as such, I believe a similar protective order would be appropriate. Obviously, given the issues that have arisen with your filing of produced information with the court, I believe it is important to spell out clearly the obligations of the parties concerning produced information.

As such, it is my intention to file a motion for protective order along the same lines as the previous one that was entered but with one additional provision. I need to file this no later than tomorrow. If I have not heard back from you by the end of the day today as to your position on this, I will proceed to file it with a note to the court that I was unable to ascertain your position.

Should you have any questions, please feel free to give me a call.

Sincerely yours,

Peter S. Olson

PSO:mrd

BPRT/67708.2/PSO/509251v1

```
********* -COMM. JOURNAL- ******************* DATE MAR-04-2004 ***** TIME 10:55 *********


         MODE = MEMORY TRANSMISSION          START=MAR-04 10:52    END=MAR-04 10:55

         FILE NO.=451

 STN   COMM.    ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES    DURATION
 NO.            ABBR NO.

 001    OK         &         18605480006#                                003/003  00:01:48


                                                              -PULLMAN & COMLEY-

 *********************************** -Pullman & Comley- ***** -  203 576 8888- *********
```

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

[List of attorney names]

Reply to:      Bridgeport
Telephone:     203.330.2257
E-Mail:        polson@pullcom.com

| | |
|---|---|
| TRANSMITTAL DATE: | March 4, 2004 |
| PLEASE DELIVER TO: | Thomas J. Finn |
| PLACE TRANSMITTING TO: | Halloran & Sage, LLP |
| FACSIMILE NUMBER: | (860)548-0006 |
| FROM: | Peter S. Olson |
| RETURN FACSIMILE NUMBER: | 203.576.8888 |
| NUMBER OF PAGES W/ COVER SHEET: | 3 |
| OUR FILE NUMBER: | 67708.2 |
| OPERATOR: Mary Dean 203.330.2214 | |

**CONFIDENTIALITY NOTE:**

THE INFORMATION CONTAINED IN THIS TELEFACSIMILE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER. IF YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR DELIVERING THIS TELEFACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS TELEFACSIMILE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY, LLC BY TELEPHONE AT (203) 330-2000, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS, VIA MAIL. WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO. THANK YOU.

Attachments:

Message:

BPRT/67708.2/PSO/497490v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
300 ATLANTIC STREET  STAMFORD, CT 06901-3522  (203) 324-5000  FAX (203) 363-8659
253 POST ROAD WEST  P.O. BOX 3180  WESTPORT, CT 06880-8180  (203) 254-5000  FAX (203) 254-5070
www.pullcom.com