IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                                           :
TOM JAMES CO.                                              :   3:03 CV 596 (JBA)
                                                           :
v.                                                         :
                                                           :
TRACE APPAREL LLC and                                      :   DATE: MARCH 18, 2004
J. TRACY GREEN                                             :
-----------------------------------------------------------x
```

MEMORANDUM OF DISCOVERY CONFERENCE

Date of Conference:   March 17, 2004

Attorneys Present:    Thomas J. Finn, Esq.
                      (For Plaintiff)(by telephone)

                      Thomas A. Rouse, Esq.
                      Peter S. Olson, Esq.
                      (For Defendants)(by telephone)

DISCUSSIONS

     Counsel agreed to the deadlines set forth below.  The Magistrate Judge expressed her willingness to explore if another U.S. Magistrate Judge is available to hold a settlement conference, if counsel believe such a conference would be productive.

ORDERS

     1.  By agreement of counsel, **on or before March 18, 2004**, plaintiff's counsel will provide to defense counsel copies of documents responsive to defendants' discovery requests, which documents are not subject to the Protective Order, anticipated to be signed by counsel shortly.

     2.  By further agreement of counsel, **on or before March 18, 2004**, defendants will file their reply brief to defendants' Motion to Compel, filed February 2, 2004 (Dkt. #61).

     3.  By further agreement of counsel, **on or before March 19, 2004**, defendants shall file an affidavit, as required by this Magistrate Judge's Ruling on Plaintiff's Motion to Compel

Electronic Discovery, filed February 24, 2004 (Dkt. #76). The Magistrate Judge will file a Supplemental Ruling thereafter.

    4. By further agreement of counsel, **on or before March 26, 2004**, plaintiff will serve a damages analysis on defendants.

    5. By further agreement of counsel, in anticipation of the evidentiary hearing, commencing in **Courtroom 2** on April 19, 2004, **on or before April 12, 2004**, the parties will file a <u>joint</u> Pre-Hearing Memorandum, as follows:

    (a) <u>Stipulations of Fact</u>, if any.

    (b) <u>Witnesses</u>:  Each party shall list the witnesses it or he intends to call at the hearing, with a <u>very brief</u> summary (not to exceed three sentences) of the witness's anticipated testimony and the estimated length of such testimony. The plaintiff's witnesses and the defendants' witnesses shall be listed separately. If a party objects to all or any part of the anticipated testimony of any witness, the objection and its grounds must also be included, so that the objection can be addressed prior to the hearing. Except for rebuttal and impeachment, witnesses not listed will not be allowed to testify at the hearing without good cause shown.

    (c) <u>Exhibits</u>:  Each party shall list the exhibits it or he intends to offer at the hearing. The plaintiff's exhibits and the defendants' exhibits shall be listed separately. The list shall indicate whether the parties agree that the exhibit may be admitted as evidence. If there is an objection to an exhibit, the proponent of the exhibit must set forth the basis for admissibility of the exhibit and the opponent must set forth the basis of the objection. Except for rebuttal and impeachment, exhibits not listed will not be admissible at the hearing without good cause shown.

    The parties shall premark exhibits using exhibit stickers provided by the courtroom

deputy. A separate list of all the exhibits, showing the exhibit number or letter and a brief description of the exhibit shall be provided to the courtroom deputy at the time the Pre-Hearing Memorandum is filed. Counsel shall retain the original set of exhibits and introduce them during the course of the hearing. Two courtesy copies of the exhibit list shall be provided to the Court.

Plaintiff's exhibits shall be marked numerically beginning with the number 1, and defendants' exhibits shall be marked numerically beginning with the number 501. Each party shall prepare an original set of exhibits, two duplicate copies for the court and a duplicate copy for every other party. All duplicate copies shall clearly show the exhibit number.

6. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 18th day of March, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge