UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Discovery Conference

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Telephone (203) 773-2350
March 17, 2004
11:00 A.M.

*Held 11:05 - 11:40 am (35 min.)*

CASE NO. **3:03CV596** (JBA) **Tom James Co. V. J. Tracy Green, et al.**

| | |
|---|---|
| Paula Cruz Cedillo<br>Halloran & Sage<br>One Goodwin Sq., 225 Asylum St.<br>Hartford, CT 06103<br>860-241-4094<br>860-548-0006 (fax)<br>cedillo@halloran-sage.com | Tom James Co. |
| ✓ Thomas J. Finn<br>Halloran & Sage<br>One Goodwin Sq., 225 Asylum St.<br>Hartford, CT 06103<br>860-522-6103<br>860-548-0006 (fax)<br>finn@halloran-sage.com | Tom James Co. |
| ✓ Peter S. Olson<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601-7006<br>203-330-2000<br>polson@pullcom.com | Trace Apparel LLC<br>J. Tracy Green |
| Thomas A. Rouse<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601-7006<br>203-330-2000<br>203-576-8888 (fax)<br>trouse@pullcom.com | J. Tracy Green |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK