UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>    PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>    DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>March 19, 2004 |

**<u>AFFIDAVIT OF J. TRACY GREEN RE: ELECTRONIC DISCOVERY</u>**

| | |
|---|---|
| STATE OF CONNECTICUT<br><br>COUNTY OF HARTFORD | ss.  Hartford, March 19, 2004 |

The undersigned, being duly sworn, deposes and says:

1. I am over the age of eighteen and I understand the obligation of an oath.

2. Trace Apparel has only a single laptop computer in the office. The computer is on a network maintained by the landlord of the building, Business Quarters, Inc., but only to the extent that the network provides internet and e-mail service to Trace. The computer itself has a single hard drive and a CD-ROM drive. Trace does not have any backup facilities for the computer itself, and does not make regular backups of the data on the computer.

3. Trace uses Microsoft Outlook as the client software for e-mail. Business Quarters, Inc. provides e-mail server services to Trace. Backup facilities for the e-

mail server are handled by a third party, A&F Networking, Inc., of Hartford, Connecticut.

4. I do not make a practice of deleting e-mails from Microsoft Outlook. In responding to the discovery requests in this case, I reviewed every e-mail present in Outlook, including items in the deleted items and sent items folder. These items remain intact on the computer. I do not have any specific recollection of any e-mail that I have deleted from my inbox and from the deleted items folder. As such, I believe that the emails that have been produced are complete.

5. There are no backup tapes for e-mail in my or Trace's possession.

6. I use Quickbooks and/or Quickbooks Pro to manage the accounting aspects of Trace. Quickbooks maintains all data in a single set of files, and does not archive or delete old data. As such, the printouts that were provided in discovery responses did represent a complete set of the responsive Quickbooks data, although they were current as of the time they were produced. Trace does make monthly backups of Quickbooks data on floppy disks.

7. Trace uses ACT! 2000 and/or ACT! 6.0 to manage contact information for clients. ACT! maintains all data in a single set of files, and does not archive or delete old data. As such, the printouts that were provided in discovery responses did represent a complete set of the responsive ACT! data, although they were obviously current as of the time they were produced. Trace does make semiannual backups of ACT! data on floppy disks.

8. Trace uses Microsoft Word, Excel and Publisher for creation of documents. However, I use them only rarely. I reviewed the documents on the hard drive created by these programs, and there were not any responsive documents. I do not regularly delete Microsoft Word, Excel or Publisher documents.

9. I have not undertaken to conduct a restoration of any fragments of documents that may exist on my hard drive.

10. I have a personal computer at home, but I do not conduct any business-related activities on it.

11.   In the past two years, I have used several e-mail addresses.  The main business address for Trace is tgreen@traceapparel.com.  I also have had personal e-mail addresses, in particular, tagreen4@attbi.com, and tagreen4@comcast.net.  I do not use these addresses to conduct business, however, on occasion I forward business related e-mails to those addresses, or personal e-mails from those addresses to my business e-mail address.

_____\s\
J. Tracy Green

Subscribed and sworn to before me
this 19th day of March, 2004

_____\s\

Notary Public/
Commissioner of the Superior Court

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on March 19, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

    Thomas J. Finn
    Paula Cruz Cedillo
    Halloran & Sage LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, Connecticut 06103
    860.522.6103
    Facsimile 860.548.0006

                                                  _____\s\
                                                  Thomas A. Rouse, Fed. Bar No. ct01326
                                                  Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/510698v1