# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

TOM JAMES COMPANY,
    Plaintiff

vs.

J. TRACY GREEN, ET AL
    Defendants

**APPEARANCE**

CASE NUMBER: 3:03cv00596(JBA)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: A. Michael Jones, a non-party witness, subject to a Subpoena issued by the Plaintiff in this matter.

March 19, 2004
Date

No. 24365
Connecticut Federal Bar Number

(860)676-3000
Telephone Number

(860)676-3200
Fax Number

ddebassi@ldlaw.com
E-mail address

_[Signature]_
Signature

David A. DeBassio
Print Clearly or Type Name
Levy & Droney, P.C.
74 Batterson Park Road
Address

Farmington, CT 06032

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas A. Rouse, Esquire
Peter S. Olson, Esquire
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006

Thomas J. Finn, Esquire
Paula Cruz Cedillo, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_[Signature]_
Signature DAVID A. DeBASSIO

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001