UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | MARCH 24, 2004 |

**MOTION ON CONSENT FOR STIPULATED PROTECTIVE ORDER
FOR CONFIDENTIAL AND PROPRIETARY INFORMATION
PROVIDED BY TOM JAMES COMPANY**

Pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, the plaintiff,

Tom James Company ("Tom James"), hereby moves for a protective order to govern

the disclosure of Tom James' trade secret, confidential, and proprietary information in

connection with the above-captioned matter.  The parties have conferred and have

agreed to the provisions as set forth in the Proposed Stipulated Protective Order for

Confidential and Proprietary Information Provided by Tom James Company ("Proposed

Stipulated Protective Order"), attached hereto as Exhibit A.

In support of the instant motion, Tom James submits that the parties have

stipulated that certain information to be produced by Tom James in connection with this

litigation constitutes Tom James' confidential trade secrets and other proprietary

information.  As such, the Court's entry of the Proposed Stipulated Protective Order is

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

necessary to adequately protect Tom James' confidential business information from

disclosure, which dissemination would be detrimental to Tom James.

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the

Court grant this Motion on Consent, and enter an order as set forth in the Proposed

Stipulated Protective Order attached hereto.


Dated:  March 24, 2004                          RESPECTFULLY SUBMITTED,
        Hartford, Connecticut

                                                THE PLAINTIFF,
                                                TOM JAMES COMPANY


                                                By:_____
                                                    Thomas J. Finn
                                                    Federal Bar No.: ct 20929
                                                    Paula Cruz Cedillo
                                                    Federal Bar No.: ct 23485
                                                    HALLORAN & SAGE LLP
                                                    One Goodwin Square
                                                    225 Asylum Street
                                                    Hartford, Connecticut 06103
                                                    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

This is to certify that on March 24, 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

_____
Thomas J. Finn

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105