

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0596 (JBA) |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | MARCH 23, 2004 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as attorney for the plaintiff, Tom James Company, in the above-entitled case.

    Dated at Hartford, Connecticut on this 23rd day of March, 2004.

                                THE PLAINTIFF,
                                TOM JAMES COMPANY


                                By:_____
                                Duncan J. Forsyth
                                Federal Bar No.: ct 00027
                                HALLORAN & SAGE LLP
                                One Goodwin Square
                                225 Asylum Street
                                Hartford, Connecticut 06103
                                forsyth@halloran-sage.com
                                (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

      This is to certify that on March 23, 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

                                                        _____
                                                          Duncan J. Forsyth

530175

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105