

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0596 (JBA) |
| V. | : | |
| TRACE APPAREL LLC and J. TRACY GREEN, | : | |
| Defendants. | : | MARCH 25, 2004 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), hereby moves this Court for an extension of time of ten (10) days in which to file an opposition to the defendants, Trace Apparel and J. Tracy Green's ("Defendants"), Motion to Extend and Modify Protective Order, dated March 4, 2004 ("Motion"), up to and including April 5, 2004.

As good cause for the requested extension of time, Tom James submits that, despite its diligence in preparing an opposition to Defendants' Motion, the additional time is necessary to respond fully and adequately to the issues set forth therein. Tom James needs the additional time requested in order to properly evaluate and analyze its position regarding the Motion.

This is Tom James' first motion for extension of time regarding this matter. Counsel for Defendants has consented to the requested extension of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the plaintiff, Tom James Company, respectfully requests that the Court grant its Motion for Extension of Time On Consent, dated March 25, 2004, and extend the deadline for filing an opposition to Defendants' Motion to Extend and Modify Protective Order, up to and including April 5, 2004.

Dated:  March 25, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
TOM JAMES COMPANY

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 25th day of March, 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

Thomas J. Finn

530822

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105