UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY, | CIVIL ACTION NO. 303 CV 0596 (JBA) |
| Plaintiff, | |
| V. | |
| TRACE APPAREL LLC and J. TRACY GREEN, | |
| Defendants. | MARCH 24, 2004 |

### MOTION ON CONSENT FOR STIPULATED PROTECTIVE ORDER FOR CONFIDENTIAL AND PROPRIETARY INFORMATION PROVIDED BY TOM JAMES COMPANY

Pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, the plaintiff, Tom James Company ("Tom James"), hereby moves for a protective order to govern the disclosure of Tom James' trade secret, confidential, and proprietary information in connection with the above-captioned matter. The parties have conferred and have agreed to the provisions as set forth in the Proposed Stipulated Protective Order for Confidential and Proprietary Information Provided by Tom James Company ("Proposed Stipulated Protective Order"), attached hereto as Exhibit A.

In support of the instant motion, Tom James submits that the parties have stipulated that certain information to be produced by Tom James in connection with this litigation constitutes Tom James' confidential trade secrets and other proprietary information. As such, the Court's entry of the Proposed Stipulated Protective Order is

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105