UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>                              PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>                             DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br>April 1, 2004 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendants J. Tracy Green and Trace Apparel, LLC (hereinafter, "Green") hereby moves that the Court enlarge the time set in the Report of Parties Planning Meeting dated August 12, 2003 [Doc. No. 13], at ¶ V (c)(a), for the provision of a damages analysis and for disclosure of expert witnesses. Although Tom James has provided responsive documents to Green's discovery requests, Green is not yet certain whether this information is complete enough to allow preparation of the damages analysis.

Additionally, Tom James has not yet disclosed any expert witnesses, and Green and Trace's time to disclose runs on April 1, 2004.

Accordingly, Green and Trace respectfully request that the Court enlarge the time for Green to provide a damages analysis and to disclose expert witnesses for an additional ten (10) days, through and including April 11, 2004. Counsel for Tom James consents to this request.

WHEREFORE, for the foregoing reasons, Green respectfully requests that the court enlarge the time for him to provide a damages analysis and disclose expert witnesses through and including April 11, 2004.

>THE DEFENDANTS/
>COUNTERCLAIM PLAINTIFFS
>J. TRACY GREEN
>TRACE APPAREL, LLC
>
>
>By: _____//s//_____
>Thomas A. Rouse, Fed. Bar No. ct01326
>Peter S. Olson, Fed. Bar No. ct16149
>Pullman & Comley, LLC
>850 Main Street
>P.O. Box 7006
>Bridgeport, CT  06601-7006
>203.330.2000
>Facsimile 203.576.8888
>Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on April 1, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

                                                                 //ss//
                                       Thomas A. Rouse, Fed. Bar No. ct01326
                                       Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/512332v1