UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br>April 2, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendants J. Tracy Green and Trace Apparel, LLC (hereinafter, "Green") hereby moves that the Court grant an initial extension of time for them to respond to the Requests for Production dated March 4, 2004, for one (1) week, through and including April 11, 2004. Green and Trace require this additional time to assemble their responses.

Counsel for Tom James consents to this request.

WHEREFORE, for the foregoing reasons, Green and Trace respectfully requests that the court grant an initial extension of time to respond to Tom James' Requests for Production dated March 4, 2004, for one (1) week, through and including April 11, 2004.

THE DEFENDANTS/
COUNTERCLAIM PLAINTIFFS
J. TRACY GREEN
TRACE APPAREL, LLC


By: _____//ss//_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
203.330.2000
Facsimile 203.576.8888
Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on April 2, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

                                                            _____//ss//_____
                                                            Thomas A. Rouse, Fed. Bar No. ct01326
                                                            Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/512478v1