UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY, | CIVIL ACTION NO. |
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | April 1, 2004 |
| DEFENDANTS | |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendants J. Tracy Green and Trace Apparel, LLC (hereinafter, "Green") hereby moves that the Court enlarge the time set in the Report of Parties Planning Meeting dated August 12, 2003 [Doc. No. 13], at ¶ V (c)(a), for the provision of a damages analysis and for disclosure of expert witnesses. Although Tom James has provided responsive documents to Green's discovery requests, Green is not yet certain whether this information is complete enough to allow preparation of the damages analysis.

Additionally, Tom James has not yet disclosed any expert witnesses, and Green and Trace's time to disclose runs on April 1, 2004.

Accordingly, Green and Trace respectfully request that the Court enlarge the time for Green to provide a damages analysis and to disclose expert witnesses for an additional ten (10) days, through and including April 11, 2004. Counsel for Tom James consents to this request.

-1-