UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY, <br><br> PLAINTIFF <br><br> VS. <br><br> J. TRACY GREEN, ET AL. <br><br> DEFENDANTS | CIVIL ACTION NO. <br> 3:03cv00596 (JBA) <br><br><br> April 12, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendants J. Tracy Green and Trace Apparel, LLC (hereinafter, "Green") hereby moves that the Court grant an extension of time for them to (a) respond to the Requests for Production dated March 4, 2004, through and including April 16, 2004, and (b) for the provision of a damages analysis and for disclosure of expert witnesses, also through and including April 16, 2004.  This is the second request for additional time reharding the Requests for Production, and the fourth request regarding the damages analysis and the disclosure of expert date.

The parties have been discussing settlement, and have exchanged a proposed settlement agreement.  Green and Trace anticipate that it will be certain whether a settlement will occur by April 16, 2004, and as such, ask for the additional time to avoid incurring the expense to respond to the discovery requests and produce the damages analysis and expert disclosures.

-1-

Counsel for Tom James consents to this request.

WHEREFORE, for the foregoing reasons, Green and Trace respectfully request that the court grant an extension of time to respond to Tom James' Requests for Production dated March 4, 2004, for one (1) week, through and including April 16, 2004, and request that the court enlarge the time for him to provide a damages analysis and disclose expert witnesses through and including April 11, 2004.

    THE DEFENDANTS/
    COUNTERCLAIM PLAINTIFFS
    J. TRACY GREEN
    TRACE APPAREL, LLC

    By: _____
    Thomas A. Rouse, Fed. Bar No. ct01326
    Peter S. Olson, Fed. Bar No. ct16149
    Pullman & Comley, LLC
    850 Main Street
    P.O. Box 7006
    Bridgeport, CT  06601-7006
    203.330.2000
    Facsimile 203.576.8888
    Their Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on April 12, 2004 to all counsel and pro se parties of record.

For the plaintiff TOM JAMES COMPANY:

Thomas J. Finn
Paula Cruz Cedillo
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
860.522.6103
Facsimile 860.548.0006

_____
Thomas A. Rouse, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/67708.2/PSO/512478v1