UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br>April 2, 2004 |

### MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendants J. Tracy Green and Trace Apparel, LLC (hereinafter, "Green") hereby moves that the Court grant an initial extension of time for them to respond to the Requests for Production dated March 4, 2004, for one (1) week, through and including April 11, 2004. Green and Trace require this additional time to assemble their responses.

Counsel for Tom James consents to this request.

WHEREFORE, for the foregoing reasons, Green and Trace respectfully requests that the court grant an initial extension of time to respond to Tom James' Requests for Production dated March 4, 2004, for one (1) week, through and including April 11, 2004.

-1-