**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| TOM JAMES COMPANY, | CIVIL ACTION NO. |
| PLAINTIFF | 3:03cv00596 (JBA) |
| VS. | |
| J. TRACY GREEN, ET AL. | April 12, 2004 |
| DEFENDANTS | |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b) (2), the defendants J. Tracy Green and Trace Apparel, LLC (hereinafter, "Green") hereby moves that the Court grant an extension of time for them to (a) respond to the Requests for Production dated March 4, 2004, through and including April 16, 2004, and (b) for the provision of a damages analysis and for disclosure of expert witnesses, also through and including April 16, 2004. This is the second request for additional time reharding the Requests for Production, and the fourth request regarding the damages analysis and the disclosure of expert date.

The parties have been discussing settlement, and have exchanged a proposed settlement agreement. Green and Trace anticipate that it will be certain whether a settlement will occur by April 16, 2004, and as such, ask for the additional time to avoid incurring the expense to respond to the discovery requests and produce the damages analysis and expert disclosures.

-1-