IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                            :
TOM JAMES COMPANY                           :      3:03 CV 596(JBA)
                                            :
v.                                          :
                                            :
                                            :
J. TRACEY GREEN, ET AL.                     :      DATE: APRIL 15, 2004
-------------------------------------------------------x
```

ORDER

      In light of the settlement of this lawsuit, the following motions are **denied with prejudice as moot**:

    (1) plaintiff's Motion to Dismiss (Dkt. #27);

    (2) plaintiff's Motion for Prejudgment Remedy (Dkt. #30);

    (3) plaintiff's Motion for Disclosure of Assets (Dkt. #31);

    (4) plaintiff's Motion for Expedited Consideration (Dkt. #41);

    (5) defendants' Motion for Hearing (Dkt. #44);

    (6) defendants' Motion for Judgment on the Pleadings (Dkt. #70);

    (7) defendants' Motion to Extend and Modify Protective Order (Dkt. #88); and

    (8) non-party A. Michael Jones' Motion for Protective Order (Dkt. #97).

Dated at New Haven, Connecticut, this 15th day of April, 2004.

                                                             /s/
                                          Joan Glazer Margolis
                                          United States Magistrate Judge