UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOM JAMES COMPANY, | : | CIVIL ACTION NO. |
| | : | 303 CV 0596 (JBA) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| TRACE APPAREL LLC and | : | |
| J. TRACY GREEN, | : | |
| | : | |
| Defendants. | : | APRIL 12, 2004 |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH DEADLINES SET FORTH IN SUPPLEMENTAL RULING ON MOTION TO COMPEL ELECTRONIC EVIDENCE AND FOR CONTINUANCE OF HEARING FOR APPLICATION FOR PREJUDGMENT REMEDY**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), respectfully requests an extension of time of twenty (20) days in which to comply with the deadlines set forth in the Court's Supplemental Ruling on Plaintiff's Motion to Compel Electronic Discovery, dated March 23, 2004 ("Supplemental Ruling"), up to an including May 3, 2004. Additionally, Tom James respectfully requests a continuance of the hearing on the Application for Prejudgment Remedy filed by Tom James in the above-captioned matter, which is scheduled to commence on April 19, 2004, before the Honorable Joan Glazer Margolis, United States Magistrate Judge.

Tom James submits that there is good cause for granting an extension of time to comply with the deadlines set forth in the Court's Supplemental Ruling. Tom James

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

and the defendants, Trace Apparel and J. Tracy Green ("Defendants"), have been engaged in good faith settlement discussions in an effort to resolve the above-captioned matter. As a result of lengthy settlement discussions, the parties are close to settling the matter in its entirety. Although the parties continue to engage in settlement and have tentatively reached a resolution of this matter, they are still finalizing the specific terms thereof. Accordingly, Tom James requests the additional time to comply with the deadlines set forth in the Supplemental Ruling as these will likely become moot upon the resolution of this matter.

Additionally, Tom James submits that there is good cause for granting a continuance of the hearing on the application for prejudgment remedy because, as a result of the parties' settlement discussions and potential resolution of this matter, a hearing may no longer be required. The parties continue to actively engage in good faith settlement negotiations. However, Tom James makes the instant motion so as not to be prejudiced from continuing to seek a prejudgment remedy against Defendants in the unlikely event that a final settlement is not reached. Accordingly, Tom James requests that the hearing date be continued.

This is Tom James' first request for an extension of time and first request for a continuance of the hearing on the application for the prejudgment remedy. Counsel for Defendants has consented to the extension and continuance.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHERFORE, the plaintiff, Tom James Company, respectfully requests that the Court grant an extension of the time to comply with the deadlines set forth in the Court's Supplemental Ruling, up to an including May 3, 2004. Tom James further requests that the Court grant a continuance of the hearing on the application for prejudgment remedy, scheduled for April 19, 2004.

Dated: April 12, 2004
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
TOM JAMES COMPANY

By:_____
  Thomas J. Finn
  Federal Bar No.: ct 20929
  Paula Cruz Cedillo
  Federal Bar No.: ct 23485
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, Connecticut 06103
  (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 12th day of April, 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Thomas A. Rouse, Esq.
Peter S. Olson, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
Attorneys for Defendants

                                                     _____
                                                        Thomas J. Finn

537467

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105