3032140. dismiss

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT   NEW HAVEN

4/15/ 20 4
Kevin F. Rowe, Clerk

By.................................
Deputy Clerk

TOM JAMES CO.            :

v.                       : NO. ~~3:03cv2140 (JBA)~~
                           3:03-cv-596 (JBA)
GREEN, ET AL             :


### NOTICE TO COUNSEL

On April 15, 2004, Attorneys Cedillo and Olson reported the above-entitled case as settled. Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 14, 2004 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

                       BY ORDER OF THE COURT,
                       KEVIN F. ROWE, CLERK


                       Betty Jean Torday
                       Courtroom Deputy

Dated at New Haven, Connecticut: **April 15, 2004**