UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TOM JAMES COMPANY,                 :     CIVIL ACTION NO.
                                   :     303 CV 0596 (JBA)
             Plaintiff,            :
                                   :
     V.                            :
                                   :
TRACE APPAREL LLC and              :
J. TRACY GREEN,                    :
                                   :
             Defendants.           :     APRIL 12, 2004

### MOTION FOR EXTENSION OF TIME TO COMPLY WITH DEADLINES SET FORTH IN SUPPLEMENTAL RULING ON MOTION TO COMPEL ELECTRONIC EVIDENCE AND FOR CONTINUANCE OF HEARING FOR APPLICATION FOR PREJUDGMENT REMEDY

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Tom James Company ("Tom James"), respectfully requests an extension of time of twenty (20) days in which to comply with the deadlines set forth in the Court's Supplemental Ruling on Plaintiff's Motion to Compel Electronic Discovery, dated March 23, 2004 ("Supplemental Ruling"), up to an including May 3, 2004. Additionally, Tom James respectfully requests a continuance of the hearing on the Application for Prejudgment Remedy filed by Tom James in the above-captioned matter, which is scheduled to commence on April 19, 2004, before the Honorable Joan Glazer Margolis, United States Magistrate Judge.

Tom James submits that there is good cause for granting an extension of time to comply with the deadlines set forth in the Court's Supplemental Ruling. Tom James

One Goodwin Square              HALLORAN              Phone (860) 522-6103
225 Asylum Street              & SAGE LLP             Fax (860) 548-0006
Hartford, CT 06103                                   Juris No. 26105