UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOM JAMES COMPANY,<br><br>                  PLAINTIFF<br><br>VS.<br><br>J. TRACY GREEN, ET AL.<br><br>                  DEFENDANTS | CIVIL ACTION NO.<br>3:03cv00596 (JBA)<br><br><br><br><br><br>APRIL 16, 2004 |

### STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41 (a) (1), it is hereby stipulated that the above-entitled action may be dismissed <u>with prejudice</u>, each party to bear its own costs. Pursuant to Fed. R. Civ. P. Rule 41 (c) and Rule 41 (a) (1), it is further stipulated that all counterclaims, cross-claims and third-party claims filed in the above captioned action by any party thereto may also be dismissed with prejudice, each party to bear its own costs. This stipulation is executed by counsel for each party as designated below, acting on behalf of each party.

| | |
|---|---|
| THE PLAINTIFF/COUNTERCLAIM DEFENDANT TOM JAMES COMPANY<br><br>By: /s/ Thomas J. Finn<br>Thomas J. Finn<br>Paula Cruz Cedillo<br>Duncan J. Forsyth<br>Halloran & Sage LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, Connecticut 06103<br>860.522.6103<br>Facsimile 860.548.0006<br>   Their Attorney | THE DEFENDANTS/ COUNTERCLAIM PLAINTIFFS J. TRACY GREEN TRACE APPAREL, LLC<br><br>By: /s/<br>Thomas A. Rouse, Fed. Bar No. ct01326<br>Peter S. Olson, Fed. Bar No. ct16149<br>Pullman & Comley, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>203.330.2000<br>Facsimile 203.576.8888<br>   Their Attorneys |

2